**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN COHEN, SANDRA FABARA,     :
STEPHEN EBERT, LUIS LAMBOY,     :     CIVIL ACTION
ESTEBAN DEL VALLE, RODRIGO HENTER DE     :     NO:
REZENDE, DANIELLE MASTRION, WILLIAM     :
TRAMONTOZZI, JR., THOMAS LUCERO,     :
AKIKO MIYAKAMI, CHRISTIAN CORTES,     :
DUSTIN SPAGNOLA, ALICE MIZRACHI,     :
CARLOS GAME, JAMES ROCCO, STEVEN LEW     :
and FRANCISCO FERNANDEZ,     :

                  Plaintiffs,     :

       -against-     :

G & M REALTY L.P., 22-50 JACKSON     :
AVENUE OWNERS, L.P., 22-52 JACKSON     :
AVENUE, LLC, ACD CITIVIEW BUILDINGS,     :
LLC and GERALD WOLKOFF,     :

                  Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs Jonathan Cohen, Sandra Fabara, Stephen Ebert, Luis Lamboy, Esteban

Del Valle, Rodrigo Henter de Rezende, Danielle Mastrion, William Tramontozzi, Jr.,

Thomas Lucero, Akiko Miyakami, Christian Cortes, Dustin Spagnola, Alice Mizrachi,

Carlos Game, James Rocco, Steven Lew and Francisco Fernandez, for their claims against

defendants G & M Realty L.P., 22-50 Jackson Avenue Owners, L.P., 22-52 Jackson

Avenue, LLC, ACD Citiview Buildings, LLC and Gerald Wolkoff, respectfully allege as

follows on their own knowledge with respect to their own actions, and upon information

and belief as to all other allegations:

## JURISDICTION AND VENUE

1.    This court has jurisdiction over this declaratory judgment action pursuant to 28 U.S.C. §§1331 and 1338(a), in that this action arises under the Visual Artists Rights Act (VARA), 17 U.S.C. §106A, *et seq.*

2.    This court also has jurisdiction of the Second and Third claims under the principles of supplemental jurisdiction pursuant to 28 U.S.C. §1367.

3.    Venue is proper in this court pursuant to 28 U.S.C. §1391, in that the property that is the subject of this action is situated in this district.

## THE PARTIES

4.    Plaintiff Jonathan Cohen resides in Flushing, New York, and is a professional artist under the name "Meres One" ("Cohen"). Cohen is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

5.    Plaintiff Sandra Fabara resides in Astoria, New York, and is a professional artist under the name "Lady Pink" ("Fabara"). Cohen is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

6.    Plaintiff Stephen Ebert resides in Brooklyn, New York, and is a professional artist under the name "Bishop 203" ("Ebert"). Ebert is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

7.    Plaintiff Luis Lamboy resides in the Bronx, New York and is a professional artist ("Lamboy"). Lamboy is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

8.    Plaintiff Esteban Del Valle resides in Brooklyn, New York ("Del Valle"). Del Valle is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

9. Plaintiff Rodrigo Henter de Rezende resides in Brooklyn, New York and is a professional artist under the name "AK47" ("AK47"). AK47 is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

10. Plaintiff Danielle Mastrion resides in Brooklyn, New York, and is a professional artist ("Mastrion"). Mastrion is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

11. Plaintiff William Tramontozzi, Jr. resides in College Point, New York, and is a professional artist ("Tramontozzi"). Tramontozzi is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

12. Plaintiff Thomas Lucero resides in Valley Stream, New York, and is a professional artist ("Lucero"). Lucero is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

13. Plaintiff Akiko Miyakami resides in Long Island City, New York, and is a professional artist under the name "Shiro" ("Shiro"). Shiro is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

14. Plaintiff Christian Cortes resides in Flushing, New York, and is a professional artist ("Cortes"). Cortes is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

15. Plaintiff Dustin Spagnola resides in Asheville, North Carolina, and is a professional artist ("Spagnola"). Spagnola is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

-3-

16.     Plaintiff Alice Mizrachi resides at 11-60 Welling Court, Astoria, New York 11102, and is a professional artist ("Mizrachi"). Mizrachi is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

17.     Plaintiff Carlos Game resides in Rockaway Beach, New York ("Game"). Game is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

18.     Plaintiff James Rocco resides in Rego Park, New York ("Rocco"). Rocco is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

19.     Plaintiff Steven Lew resides in Little Neck, New York ("Lew"). Lew is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

20.     Plaintiff Francisco Fernandez resides in New Windsor, New York ("Fernandez"). Fernandez is the "author of a work of visual art" within the meaning of 17 U.S.C. §106A.

21.     Cohen, Fabara, Ebert, Lamboy, Del Valle, AK47, Mastrion, Tramontozzi, Lucero, Shiro, Cortes, Spagnola, Mizrachi, Game, Rocco, Lew and Fernandez are referred to collectively herein as "Plaintiffs."

22.     Defendant G & M Realty L.P. ("G&M Realty") is a New York limited partnership with an office and principal place of business at 1 Executive Drive, Edgewood, New York 11717.

23.     Defendant 22-50 Jackson Avenue Owners L.P. ("Jackson Owners") is a New York limited partnership with an office and principal place of business at 1 Executive Drive, Edgewood, New York, 11717.

24.    Defendant 22-52 Jackson Avenue, LLC ("22-52 Jackson") is a New York limited liability corporation with an office and principal place of business c/o Alan Hoffman, 85 West Hawthorne Ave., Valley Stream, New York, 11590.

25.    Defendant ACD Citiview Buildings, LLC ("Citiview") is a New York limited liability corporation with an office and principal place of business at 1 Executive Drive, Edgewood, New York, 11717.

26.    Defendant Gerald Wolkoff ("Wolkoff") is an individual with an office and principal place of business at 1 Executive Drive, Edgewood, New York, 11717.

27.    G&M Realty, Jackson Owners, 22-52 Jackson, Citiview and Wolkoff are referred to collectively herein as "Defendants".

### ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A.    The 5Pointz Properties

### Queens Block 86, Lot 1

28.    Defendant G&M Realty is the owner in fee simple of certain improved real property located at 46-23 Crane Street, 46-09 Crane Street, 45-46 Davis Street, 45-12 Davis Street, 22-42 Jackson Avenue and 22-44 Jackson Avenue, Queens, New York (collectively these addresses comprise Queens Block 86, Lot 1) ("Queens Block 86, Lot 1").

29.    Either G&M Realty or other entities owned or controlled by Wolkoff, have owned Queens Block 86, Lot 1 in fee simple since on or about 1971.

### The 46-45 Crane Street Lot

30.    Defendant G&M Realty is the owner in fee simple of certain improved real property located at 46-45 Crane Street, Queens, New York ("Queens Block 86, Lot 22)".

31.    Either G&M Realty or other entities owned or controlled by Wolkoff, have owned Queens Block 86, Lot 22 in fee simple since on or about 1971.

**The 22-50 Jackson Avenue Lot**

32.    Defendant Jackson Owners is the owner in fee simple of certain improved real property located at 22-50 Jackson Avenue, Queens, New York ("Queens Block 86, Lot 6").

33.    Either Jackson Owners or other entities owned or controlled by Wolkoff, have owned Queens Block 86, Lot 6 in fee simple since on or about 2005.

**The 22-48 Jackson Avenue Lot**

34.    Defendant Jackson Owners is the owner in fee simple of certain improved real property located at 22-48 Jackson Avenue, Queens, New York ("Queens Block 86, Lot 7").

35.    Either Jackson Owners or other entities owned or controlled by Wolkoff, have owned Queens Block 86, Lot 7 in fee simple since on or about 2001.

**The 22-52 Jackson Avenue Lot**

36.    Defendant 22-52 Jackson is the owner in fee simple of certain improved real property located at 22-52 Jackson Avenue a/k/a 45-06 Davis Street, Queens, New York ("Queens Block 86, Lot 8").

37.    Defendant Citiview is currently holding itself out as the owner in fee simple of Queens Block 86, Lot 8 in various eviction actions pending in New York State Civil Court.

38.    22-52 Jackson, Citiview or other entities owned or controlled by Wolkoff, have owned Queens Block 86, Lot 8 in fee simple since on or about 2004.

39.     Queens Block 86, Lots 1, 6, 7, 8 and 22, inclusive, are referred to collectively herein as "5Pointz".

**B.     5Pointz As The Mecca Of The Aerosol Art World**

40.     Since approximately 1993, Wolkoff has permitted aerosol artists to use the interior and exterior walls of 5Pointz for works of visual art.

41.     Cohen is an artist by training who has painted hundreds of commissioned aerosol art pieces throughout the East Coast and in Europe.

42.     In or around 2002, Wolkoff and Cohen agreed that Cohen would take over as the volunteer curator/registrar/director/manager of the aerosol art program at 5Pointz.

43.     Wolkoff gave Cohen keys to 5Pointz and provided several secure spaces in 5Pointz for Cohen to use as an office and to store cans of spray paint, ladders and other painting supplies for Cohen and other artists.

44.     Wolkoff gave Cohen full authority to determine what works of visual art could be painted on 5Pointz, with three restrictions: a) the works of visual art were not to be political; b) they were to contain nothing religious; and c) no pornography was allowed.

45.     Wolkoff directed Cohen to have works of visual art painted on every 5Pointz building.

46.     Wolkoff did not request or require that title to the works of visual art be transferred to him.

47.     Each individual artist, or group of artists, retained all copyrights to his, her or their works of visual art.

48.     None of the artists who have painted works of visual art on or at 5Pointz was paid for his or her time or work.

-7-

49.    Since Cohen became curator at 5Pointz, no artist has been allowed to put a work of visual art on or at 5Pointz without Cohen's express permission.

50.    Cohen will only allow new or unknown aerosol artists to place works of visual art on or at 5Pointz after they provide a portfolio of their work and he approves their proposed piece to ensure that the proposed visual art meets the requirements imposed by Wolkoff.

51.    Even established aerosol artists must provide proposed layouts of their proposed works of visual art so that Cohen can determine where to place the works of art on or at 5Pointz.

52.    Some of the larger, more elaborate works of visual art on 5Pointz have taken weeks or months to create.

53.    Since 2002, the works of visual art on 5Pointz have become one of the foremost collections of aerosol art in the United States, and have resulted in 5Pointz being referred to as world's "Graffiti Mecca." A tiny fraction of the media pieces on the works of visual art on or at 5Pointz (out of nearly 500,000 Google hits on "5 Pointz" or "5Pointz") are attached at Exhibit A and incorporated herein by reference.

54.    The non-profit corporation formed by Cohen, 5 Pointz Aerosol Arts Center, Inc., maintains a website, 5ptz.com, which showcases the works of visual art on or at 5Pointz and publicizes the free community events sponsored by 5Pointz.

55.    Because of its stature in the international art community and its high visibility, having a work of visual art accepted and displayed on 5Pointz adds considerable prestige to an artist's reputation.

56.     For aspiring aerosol artists, having a work of visual art accepted and displayed on 5Pointz is guaranteed to raise their profile and enhance their credibility in the art world.

57.     Aerosol artists have traveled from as far away as Kazakhstan, Australia, Japan and Brazil for the opportunity to paint their works of visual art on 5Pointz.

58.     5Pointz is listed in every major guidebook covering New York City, and is included in over 100 international travel guides as well.

59.     In any given week, hundreds of tourists from all around the world visit 5Pointz to see the works of visual art displayed there.

60.     As the Christian Science Monitor observed, many patrons of MoMA's P.S.1, located across the street from 5Pointz, are "inexorably drawn" to cross the street and view 5Pointz as well.

61.     Thousands of New York City subway passengers also view 5Pointz every day from the Number 7 subway train that passes close by the building.

62.     In addition, Cohen conducts over 100 formal school tours of 5Pointz every year for groups ranging from university students – including Parsons School of Design – to children as young as seven.

63.     Over the last two decades, 5Pointz has become a Long Island City landmark, and has been featured in countless films, television programs, music videos and commercial photo shoots.

64.     For instance, fashion designer Donna Karan used photographic murals depicting 5Pointz on the walls of her Madison Avenue, New York City store to serve as the backdrop for her Spring/Summer 2013 Collection.

65.   Grammy Award-winning musician Joss Stone filmed the music video for her song "Tell Me 'Bout It" at 5Pointz, and flew Cohen to Los Angeles to do the body paint work for the cover of her album "Introducing Joss Stone."

## C.   The Works of Visual Art at 5Pointz

66.   5Pointz currently has over 350 works of visual art on its exterior and interior walls.

### Cohen's Works of Visual Art at 5Pointz

67.   Cohen's works of visual art are works of recognized stature.  He has exhibited in numerous galleries and shows, and has been the subject of innumerable news articles and television interviews.  Cohen's biography and examples of representative news articles are attached at Exhibit B and incorporated herein by reference.

68.   Cohen personally has over 100 works of visual art on the exterior and interior walls of 5Pointz.

69.   Cohen's works of visual art on or at 5Pointz include this piece titled "Drunken Bulbs":



70.    Cohen's copyright registration for "Drunken Bulbs" is pending before the United States Copyright Office.

71.    "Drunken Bulbs" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

72.    Cohen's works of visual art or at 5Pointz include this joint work with the artist "TooFly", titled "Love Girl and Burner:"



73.    Cohen's copyright registration for "Love Girl and Burner" is pending before the United States Copyright Office.

74.    "Love Girl and Burner" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

-11-

75.    Cohen's works of visual art on or at 5Pointz include this joint work with Shiro, titled "Underwater Fantasy:"



76.    Cohen's copyright registration for "Underwater Fantasy" is pending before the United States Copyright Office.

77.    "Underwater Fantasy" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

78.    Cohen's works of visual art on or at 5Pointz include this tribute to his murdered aunt, titled "Eleanor RIP":



79.    Cohen's copyright registration for "Eleanor RIP" is pending before the United States Copyright Office.

80.     "Eleanor RIP" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

81.     Cohen's works of visual art on or at 5Pointz include this oversize piece created on four surfaces, titled "7 Angle Time Lapse":



82.     Cohen's copyright registration for "7 Angle Time Lapse" is pending before the United States Copyright Office.

83.     "7 Angle Time Lapse" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

84.     Many of Cohen's other works of visual art on or at 5Pointz feature dozens of his copyrighted light bulb, including these:



85.     Cohen's copyrighted light bulbs have been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause their destruction, distortion, mutilation or modification.

86.     Cohen has not executed or signed a written instrument that specifies that installation of "Drunken Bulbs", "Love Girl and Burner", "Underwater Fantasy", "Eleanor RIP", "5POINTZ" and/or his copyrighted light bulb works of visual art on or at 5Pointz may subject any of those works of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Fabara's Work of Visual Art at 5Pointz**

87.     Fabara's works of visual art are works of recognized stature. She has exhibited in numerous galleries and shows worldwide, and had her first solo show when she was only 21. Fabara is frequently written about in the press. Fabara's biography is attached at Exhibit C and incorporated herein by reference.

88.     Fabara has a work of visual art on or at 5Pointz titled "Green Mother Earth":



89.     Fabara's copyright registration for "Green Mother Earth" is pending before the United States Copyright Office.

90.     "Green Mother Earth" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

91.     Fabara has not executed or signed a written instrument that specifies that installation of "Green Mother Earth" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Ebert's Work of Visual Art at 5Pointz**

92.     Ebert's works of visual art are works of recognized stature.  He has exhibited in numerous galleries and shows, and is frequently written about in the press. Ebert's biography is attached at Exhibit D and incorporated herein by reference.

93.     Ebert has a work of visual art on or at 5Pointz titled "Heartless Bangle":



94.     Ebert's copyright registration for "Heartless Bangle" is pending before the United States Copyright Office.

95.    "Heartless Bangle" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

96.    Ebert has not executed or signed a written instrument that specifies that installation of "Heartless Bangle" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Lamboy's Work of Visual Art at 5Pointz**

97.    Lamboy's works of visual art are works of recognized stature. He has exhibited in numerous galleries and shows worldwide, and his works of visual art are highly sought after by collectors. Lamboy is frequently written about in the press. Lamboy's biography is attached at Exhibit E and incorporated herein by reference.

98.    Lamboy has a work of visual art on or at 5Pointz titled "Blue Jay Wall":



-16-

99.    "Blue Jay Wall" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

100.    Lamboy has not executed or signed a written instrument that specifies that installation of "Blue Jay Wall" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Del Valle's Work of Visual Art at 5Pointz**

101.    Del Valle's works of visual art are works of recognized stature.  He has exhibited in numerous galleries and shows across the United States, and is frequently written about in the press. Del Valle's biography is attached at Exhibit F and incorporated herein by reference.

102.    Del Valle has a work of visual art on or at 5Pointz titled "Beauty and the Beast":



103.    Del Valle's copyright registration for "Beauty and the Beast" is pending before the United States Copyright Office.

104.    "Beauty and the Beast" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

105.    Del Valle has not executed or signed a written instrument that specifies that installation of "Beauty and the Beast" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**AK47's Work of Visual Art at 5Pointz**

106.    AK47's works of visual art are works of recognized stature. He has exhibited in numerous galleries and shows worldwide, and is frequently written about in the press. AK47's biography is attached at Exhibit G and incorporated herein by reference.

107.    AK47 has a work of visual art on or at 5Pointz titled "Fighting Tree":



-18-

108.   AK47's copyright registration for "Fighting Tree" is pending before the United States Copyright Office.

109.   "Fighting Tree" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

110.   AK47 has not executed or signed a written instrument that specifies that installation of "Fighting Tree" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Mastrion's Work of Visual Art at 5Pointz**

111.   Mastrion's works of visual art are works of recognized stature.  She has painted and exhibited in numerous galleries and shows worldwide, and is frequently written about in the press.  Mastrion's biography is attached at Exhibit H and incorporated herein by reference.

112.   Mastrion has a work of visual art on or at 5Pointz titled "Kool Herc Portrait":



113. Mastrion's copyright registration for "Kool Herc Portrait" is pending before the United States Copyright Office.

114. "Kool Herc Portrait" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

115. Mastrion has not executed or signed a written instrument that specifies that installation of "Kool Herc Portrait" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Tramontozzi's Work of Visual Art at 5Pointz**

116. Tramontozzi's works of visual art are works of recognized stature. He has works of visual art in every graffiti hall of fame in the United States and abroad, and has been featured in several aerosol arts magazines. Tramontozzi's biography is attached at Exhibit I and incorporated herein by reference.

117. Tramontozzi has a joint work of visual art on or at 5Pointz titled "Jimi Hendrix Tribute", which he painted in collaboration with Rocco:



118.   "Jimi Hendrix Tribute" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

119.   Tramontozzi has not executed or signed a written instrument that specifies that installation of "Jimi Hendrix Tribute" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Lucero's Work of Visual Art at 5Pointz**

120.   Lucero's works of visual art are works of recognized stature.  He has exhibited in numerous galleries and shows across the United States and has dozens of corporate and entertainment clients.  Lucero is frequently written about in the press. His biography is attached at Exhibit J and incorporated herein by reference.

121.   Lucero has a work of visual art on or at 5Pointz titled "Black Creature":



122.   Lucero's copyright registration for "Black Creature" is pending before the United States Copyright Office.

-21-

123.    "Black Creature" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

124.    Lucero has not executed or signed a written instrument that specifies that installation of "Black Creature" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Shiro's Works of Visual Art at 5Pointz**

125.    Shiro's works of visual art are works of recognized stature. She has exhibited in numerous galleries and shows, and has participated in large-scale aerosol art projects around the globe. Shiro is frequently written about in the press. Shiro's biography is attached at Exhibit K and incorporated herein by reference.

126.    Shiro has a work of visual art on or at 5Pointz titled "Japanese Irish Girl":



127.    Shiro's copyright registration for "Japanese Irish Girl" is pending before the United States Copyright Office.

128.    "Japanese Irish Girl" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

129.    Shiro has a work of visual art on or at 5Pointz titled "Manga Koi":



130.    Shiro's copyright registration for "Manga Koi" is pending before the United States Copyright Office.

131.    "Manga Koi" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

132.    Shiro's works of visual art on or at 5Pointz include this joint work with Game, titled "Japanese Fantasy:"



133.    Shiro's copyright registration for "Japanese Fantasy" is pending before the United States Copyright Office.

134.    "Japanese Fantasy" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

135.    Shiro's works of visual art on or at 5Pointz include this joint work with Cohen, titled "Underwater Fantasy:"



136.    Shiro's copyright registration for "Underwater Fantasy" is pending before the United States Copyright Office.

-24-

137. "Underwater Fantasy" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

138. Shiro has not executed or signed a written instrument that specifies that installation of "Japanese Irish Girl" and/or "Manga Koi" and/or "Japanese Fantasy" and/or "Underwater Fantasy" on or at 5Pointz may subject any of those works of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Cortes' Work of Visual Art at 5Pointz**

139. Cortes' works of visual art are works of recognized stature. He has exhibited in galleries and shows, and is frequently written about in the press. Cortes' biography is attached at Exhibit L and incorporated herein by reference.

140. Cortes has a work of visual art on or at 5Pointz titled "Skulls Cluster":



141.   Cortes' copyright registration for "Skulls Cluster" is pending before the United States Copyright Office.

142.   "Skulls Cluster" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

143.   Cortes has not executed or signed a written instrument that specifies that installation of "Skulls Cluster" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Spagnola's Work of Visual Art at 5Pointz**

144.   Spagnola's works of visual art are works of recognized stature. He has exhibited in numerous galleries and shows across the United States, and is frequently written about in the press. Spagnola's biography is attached at Exhibit M and incorporated herein by reference.

145.   Spagnola has a work of visual art on or at 5Pointz titled "Tiger":



-26-

146. Spagnola's copyright registration for "Tiger" is pending before the United States Copyright Office.

147. "Tiger" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

148. Spagnola has not executed or signed a written instrument that specifies that installation of "Tiger" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

### Mizrachi's Work of Visual Art at 5Pointz

149. Mizrachi's works of visual art are works of recognized stature. She has exhibited in numerous galleries and shows across the country, and featured in the press worldwide. Mizrachi's biography is attached at Exhibit N and incorporated herein by reference.

150. Mizrachi has a work of visual art on or at 5Pointz titled "Cube Girl":



151.   Mizrachi's copyright registration for "Cube Girl" is pending before the United States Copyright Office.

152.   "Cube Girl" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

153.   Mizrachi has not executed or signed a written instrument that specifies that installation of "Cube Girl" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Game's Works of Visual Art at 5Pointz**

154.   Game's works of visual art are works of recognized stature.  He has exhibited in many venues across the United States, and his works are highly prized by private collectors. Game's biography is attached at Exhibit O and incorporated herein by reference.

155.   Game has a work of visual art on or at 5Pointz titled "Japanese Fantasy," which he created jointly with Shiro:



156.    Game's copyright registration for "Japanese Fantasy" is pending before the United States Copyright Office.

157.    Game has a work of visual art on or at 5Pointz titled "Geisha":



158.    Game's copyright registration for "Geisha" is pending before the United States Copyright Office.

159.    "Japanese Fantasy" and "Geisha" have been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause their destruction, distortion, mutilation or modification.

160.    Game has not executed or signed a written instrument that specifies that installation of "Japanese Fantasy" and/or "Black and White Fantasy" on or at 5Pointz may subject either of those works of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

-29-

**Rocco's Works of Visual Art at 5Pointz**

161.    Rocco's works of visual art are works of recognized stature. He has exhibited in many galleries and exhibits in the United States. Rocco's biography is attached at Exhibit P and incorporated herein by reference.

162.    Rocco has a work of visual art on or at 5Pointz titled "Bull Face":



163.    Rocco's copyright registration for "Bull Face" is pending before the United States Copyright Office.

164.    Rocco has a work of visual art on or at 5Pointz titled "Jimi Hendrix Tribute," which he created jointly with Tramontozzi:



165. Rocco's copyright registration for "Jimi Hendrix Tribute" is pending before the United States Copyright Office.

166. "Bull Face" and "Jimi Hendrix Tribute" have been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

167. Rocco has not executed or signed a written instrument that specifies that installation of "Bull Face" and/or "Jimi Hendrix Tribute" on or at 5Pointz may subject either of those works of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Lew's Work of Visual Art at 5Pointz**

168. Lew's works of visual art are works of recognized stature. His work can be found in galleries and exhibitions across the country. Lew's biography is attached at Exhibit Q and incorporated herein by reference.

169. Lew has a work of visual art on or at 5Pointz titled "Crazy Monsters":



170. "Crazy Monsters" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

171. Lew has not executed or signed a written instrument that specifies that installation of "Crazy Monsters" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

**Fernandez's Work of Visual Art at 5Pointz**

172. Fernandez's works of visual art are works of recognized stature. His work can be found in galleries and exhibitions in North and South America. Lew's biography is attached at Exhibit R and incorporated herein by reference.

173. Fernandez has a work of visual art on or at 5Pointz titled "Dream of Oil":



174. "Dream of Oil" has been incorporated in and made part of 5Pointz in such a way that removing it, or any part thereof, from 5Pointz would cause its destruction, distortion, mutilation or modification.

175. Fernandez has not executed or signed a written instrument that specifies that installation of "Dream of Oil" on or at 5Pointz may subject that work of visual art to destruction, distortion, mutilation, or other modification, by reason of its removal.

-32-

**D.      Wolkoff's Intention To Demolish 5Pointz**

176.    Wolkoff has announced plans to demolish 5Pointz later this year to make way for a 1,000-unit luxury residential apartment development.

177.    G&M Realty brought an action in New York Civil Court, Queens County to evict Cohen from one of the multiple 5Pointz spaces that Wolkoff gave him permission to use.

178.    G&M Realty and Cohen agreed that Cohen would vacate the office space – and only the office space – on or before November 30, 2013.

179.    For the time being, Cohen continues to have access to the other 5Pointz spaces provided by Wolkoff.

**E.      Disabling Sprinklers**

180.    Defendants, or their agents or representatives, have begun disconnecting and/or disabling New York City Fire Department equipment, and were cited recently cited for a) failure to maintain sprinkler control valves "open" with FDNY seal; b) failure to seal standpipe risers valve "open" with approved seals; and c) failure to maintain records for standpipe/sprinkler system, which actions expose 5Pointz and Plaintiffs' works of visual art to an extraordinary risk of a catastrophic fire that would distort, mutilate, modify and/or destroy them.

181.    Defendants, or their agents or representatives, have also disconnected and removed gas heaters in 5Pointz recently, without securing necessary permits required pursuant to New York City Code Title 28 Fuel Gas Code §105.2, further increasing the likelihood of a catastrophic fire.

182. Defendants, or their agents or representatives, have neglected to replace broken locks on 5Pointz doors, thereby increasing the risk of fires started by trespassers, vandals or others.

### FIRST CLAIM
### (Visual Artists Rights Act on Behalf of All Plaintiffs)

183. Plaintiffs re-allege paragraphs 1 through 182 as if fully set forth herein.

184. Plaintiffs' pieces, paintings and murals on or at 5Pointz are each a "work of visual art" within the meaning of 17 U.S.C. §101, and constitute copyrightable subject matter.

185. Plaintiffs' honor and reputation as artists will be damaged if Defendants act on their stated intentions to raze 5Pointz.

186. Plaintiffs' works of visual art have received wide public acclaim and approval.

187. Plaintiffs will be irreparably harmed if their works of visual art are distorted, mutilated, modified or destroyed without their consent.

188. Any intentional distortion, mutilation, modification or destruction of Plaintiffs' works of visual art would be prejudicial to Plaintiffs' honor and reputation.

189. Plaintiffs' works of visual art on 5Pointz are works of recognized stature.

190. Plaintiffs' works of visual art have been incorporated in and made part of 5Pointz in such a way that removing the works of visual art, or any part thereof, from 5Pointz would cause their destruction, distortion, mutilation or modification.

191. None of the Plaintiffs has executed or signed a written instrument that specifies that installation of any of their individual works of visual art on or at 5Pointz may

subject those works to destruction, distortion, mutilation, or other modification, by reason of their removal.

192.    Pursuant to 17 U.S.C. §106A(d)(3), each of the Plaintiffs has the right to prevent such destruction, distortion, mutilation or modification of his or her works of visual art for a term consisting of the duration of his or her life.

193.    Plaintiffs have no adequate remedy at law.

## SECOND CLAIM
### (Interference With Prospective Contractual Relations on Behalf of All Plaintiffs)

194.    Plaintiffs re-allege paragraphs 1 through 193 as if fully set forth herein.

195.    Plaintiffs are the sole and exclusive holder of the copyrights in and to the works of visual art each of them has painted on or at 5Pointz.

196.    Defendants' planned demolition of 5Pointz will willfully and maliciously deny access to 5Pointz to Plaintiffs and Plaintiffs' invitees.

197.    Defendants' planned demolition of 5Pointz will also intentionally and improperly destroy Plaintiff's works of visual art, thereby preventing Plaintiffs from entering into or continuing contractual relations to exploit said works of visual art, from licensing their works of visual art, and preventing them from granting third parties permission to copy and reproduce Plaintiffs' works of visual art.

198.    Plaintiffs are approached on a regular basis by third parties who desire to photograph or film their individual works of visual art for commercial purposes, but Plaintiffs will be unable to grant permission once 5Pointz is demolished.

199.    Plaintiffs have been and will be damaged at an amount to be determined at trial.

## THIRD CLAIM
### (Interference With Cohen's Easement)

200. Plaintiffs re-allege paragraphs 1 through 199 as if fully set forth herein.

201. On or about 2002, Wolkoff granted Cohen an easement in gross on 5Pointz.

202. Said easement gives Cohen the right to occupy certain portions of 5Pointz, and to install works of visual art by Cohen in, on and around 5Pointz, and to oversee the installation of works of visual art by other artists in, on and around 5Pointz.

203. Cohen has occupied 5Pointz pursuant to said easement continuously since then.

204. Said easement is an open and notorious use of 5Pointz for the specific purposes of the installation of works of visual art by Cohen and other artists.

205. The creation of said easement was within Wolkoff's authority as owner, shareholder, member, officer and/or principal of G&M Realty, 22-52 Jackson, Jackson Owners, Citiview, and their predecessors-in-interest and successors-in-interest.

206. Cohen's easement is valid and enforceable against Defendants, and Defendants may not interfere with the easement.

207. Cohen has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully pray that this Court enter judgment in their favor and against Defendants as follows:

1.  On their First Claim:

    a.  granting a preliminary and permanent injunction barring Defendants, their agents, attorneys and employees and all those acting in concert with them, from taking any action to alter, deface, modify, mutilate or destroy Plaintiffs' works of visual art at 5Pointz; and

    b.  granting a preliminary and permanent injunction barring Defendants, their agents, attorneys and employees and all those acting in concert with them, from taking any action to disconnect, destroy, modify, turn off, unseal, impair or otherwise interfere with any New York City Fire Department equipment or valves without the necessary FDNY permits, or to disconnect, destroy, modify, turn off, unseal, impair or otherwise interfere with any 5Pointz standpipes, sprinklers or any other fire-fighting or fire-prevention equipment at 5Pointz without the necessary FDNY permits; and

    c.  declaring that Plaintiffs have the right pursuant to 17 U.S.C. §106A(d)(3) to prevent any intentional destruction, distortion, mutilation, or other modification of each of their individual works of visual art at 5Pointz for a period consisting of their individual lifetimes; and

4. On their Second Claim:

    a. declaring that Plaintiffs have the right to exploit their copyrights in and to their works of visual art in and on 5Pointz; and

    b. granting a preliminary and permanent injunction barring Defendants, their agents, attorneys and employees and all those acting in concert with them from interfering with Plaintiffs' ability to exploit their individual works of visual art in and on 5Pointz by destroying said works of visual art and/or by denying Plaintiffs and/or their licensees access thereto; and

    c. granting Plaintiffs' compensatory damages in an amount to be determined by the Court; and

3. On their Third Claim:

    a. a preliminary and permanent injunction against Defendants preventing them from interfering with Cohen's easement rights; and

    b. declaring that Cohen has a valid easement over and in 5Pointz for a period consisting of his lifetime; and

5. On all claims, awarding Plaintiffs' their costs and expenses, including attorneys' fees, to the full extent allowed by law, including under the Copyright Act and VARA 17 U.S.C. §§101, *et seq.*; and

5.     Entering such other and further relief as the Court deems just, proper and equitable under the circumstances.

Dated: October 9, 2013

Jeannine Chanes  (JC0918)
LAW OFFICES OF JEANNINE CHANES, P.C.
27 Whitehall Street, 4th Floor
New York, New York  10004
Telephone:  212-785-6543
Fax: 212-785-6542 (not for service)
Email:  jwchanes@gmail.com

Roland R. Acevedo (RA8915)
SCOPETTA SEIFF KRETZ & ABERCROMBIE
444 Madison Ave., 30th Floor
New York, New York  10022
Telephone:  212-371-4500
Fax:  212-371-6883 (not for service)
Email:  *racevedo1@aol.com*

ATTORNEYS FOR PLAINTIFFS

## MERES INTERVIEW - INTERNATIONAL PRESS

http://londonstreetartdesign.co.uk/lsd-magazine-interviews-meres-one-5pointz/



digg

**What is the 5 Pointz?**

**The 5 Pointz is a 200,000 square foot warehouse in Queens, New York, basically an entire city block. It was originally set up in 1993 as the Phun Phactory as a legit space for artists to come and drop pieces, but when it closed and fell into disrepair, I negotiated with the landlord to take the place over and reopened it as an outdoor exhibit space called the 5 Pointz – The Institute of Higher Burnin. 5 Pointz represents the coming together of the 5 New York boroughs and until a few months ago, we had about 90 resident artists who rented studio space in the building and we used the outside as a controlled canvas for local and international artists to come, drop pieces and contribute to the overall story. The building is 5 industrial stories high, and as you can see, we pretty much managed to cover the whole exterior in aerosol.**

**What's your story, how did you get into aerosol.**

I've been writing for over 20 years now. When I was young I'd always been into art but didn't really know anything about graffiti. I flipped through some of the graffiti books that were around at the time, started doing black books and putting some sketches and some characters together, began meeting people who'd explain it to me a little deeper and give me some insights into the art, and then I really started to notice it properly. Then one day, I saw this smurf painted up on a wall, and, being there, looking at that, seeing how it had been

done, really inspired me and awoke me to the realization that this was what I wanted to be doing. So I started tagging in my neighborhood, moved into tagging different neighborhoods and I was rolling.



**Why did you go from the streets to a legit warehouse – what possibilities did the space open up and what's the vibe like?**

Well straight away, you can really put together some amazing, well thought out pieces, work up an intricately designed, elaborate background, and really concentrate on detail. You can come back to your piece, even a day or 2 later, think about it, perfect it, bring in new twists. Think about it, on the streets, throwing up illegally, you've got that window of opportunity and then you are DONE. You know, you're permanently looking over your

shoulder making sure you don't get rolled on by the police, or even other writers who might be rivals or whatever. So 5 Pointz – it's a relaxed creative atmosphere. We used to have permanent artists with their own space until very recently, and there's a regular community of people, young and old, who come and hang out and keep the space alive and buzzing. We get DJ's coming in, MC's, artists visiting from all over the world to leave their mark and swap ideas, and it's a vibrant, creative, expressive environment. In any one day you'll have graffiti artists doing walls, kids sketching out their black books, a DJ dropping beats and breakdancers are doing their thing on the floor. It's totally community based and completely non violent. Really talented kids and teenagers can find their voice here and hang out, be cool, be safe – we've got 2 young talents who live in Westchester and STILL come in 3 times a week and a very talented graffiti and tattoo artist called Sey who's in a wheelchair and he comes over from as far as Pennsylvania every couple of weeks. There's a lot of stories behind that place, a lot of people that come – it's a great, positive environment.



**As a visiting artist, how do you qualify to drop a piece?**

Well that's the thing...everybody has the right to drop a piece. From when I began, I wanted everyone to start out with that equal right. Now if you're not that good, or if you're what they call a 'toy', then your piece will last, well, a limited amount of time! But if you're a lot more talented it can really stay up for a long time, a year even maybe, whatever. But don't forget – you could be the most talented graffiti artist in the entire world, shit hot famous or whatever....but if you come and do your piece, but don't really put the effort in, don't do a background, then you're piece just ain't going to last as long as it would have. It goes on the performance – you pull out all the effort, really work hard, then it'll be up for a good long while! We had these German artists a while back who had made it their goal to come and do a piece on the building and when they came I said to them, forget the piece, why not do a real production, sure, it'll take a little more time, you'll have to stay longer, but you've come all this way, if you put that extra effort in, your work will be up that much longer too. I also target specific artists who's work I'm into and I respect. But with a lot of the artists, you put a little nudge on them and they're even excelling themselves – and with all this wall space, all this art, it gives the 5 Pointz a real museum quality. That's what we're really going for now, with the artists gone from the inside, my goal is to reforge the 5 Pointz as a graffiti art museum



**Do you end up with more collaborations than on the street?**

Well the problem with that is, that space in the 5 Pointz is kind of like real estate. You know, you as an artist have managed to get that space for your piece, it's going to be your one piece in the 5 Pointz, so it's personal.

**Do you paint as much as ever or do you sometimes get consumed by running the place?**

I've learned through the years. No-one has ever done this before so I'm building it and learning as I go. Nowadays, painting times for artists coming in are weekend daytimes and by appointment only during the week. I used to be open 7 days a week all day, but I had to break it down into set hours, because it really impacted my personal life, my relationships, and just physically. So now, when I want to paint, I'll do it in the week, but don't get me wrong, it's almost impossible for me to do a piece at the 5 Pointz uninterrupted – there's

always something I have to deal with. And it's stressful at times – no doubt. But if I'm really feeling the painting, I'll leave home at 6am, in by 7 and I've got a good 4/5 hours on my own before everybody else starts to show up.



**What's the current status of the space**

We had a real tragedy this year. An exterior staircase collapsed and one of the artists who had a studio space was on her way down the stairs and she fell 40 feet and landed with a pile of rubble on her that it took 16 people to lift off , but she lived....she lived – it was a total miracle. Apart from the personal sadness, had she died, there's no doubt that it would have been the end of it all. But after the collapse, the building authorities came in and certified the building unsafe and dug up all the violations that had been swept under the rug for years. So we were closed down and all the artists had to leave and the landlord was forced to fix all of these building flaws. In practice, that basically meant everything being concreted over and the legendary outside painted over – even all the high graffiti. The Hall of Fame in Harlem, which is pretty much the biggest in New York apart from us.....that has maybe 30

pieces....The 5 Pointz?.....We had between 300 and 400. The place was like a war zone. But you know, the second we got it back, I went out and hired a crane, and in one month, we threw fresh paint on about 92% of the high exterior. We finally ran out of time on the crane hire, and so there's still about 20 spaces left to fill, but I'm going to go get it back in a couple of weeks, finish it up and do more. But you know – it's like a clean slate, new energy.... All the pieces I used to see up there, reminded me of everything old and it was the right time – totally by accident to start anew. And some of the repairs that were forced onto the place opened up access to even more outside wall space – we can push it further than ever before, and I'm going for the Guinness Book of Records for the most covered building. But I tell you – that time repainting the outside once the repairs were done...... I had to drive the crane for every single piece. You're looking at anywhere between 2 and 5 hours for each piece, so I was stuck in this 3×6 foot bucket for like 15 hours a day for a solid month. That was definitely a test of will, and physically agonizing, not being even able to stand up, or walk a couple of paces to stretch out. And you know, there's no salary...this is all about the love.



**What does the future hold?**

The building has a limited amount of time, no doubt. Someone for sure is going to want to come along, see it as prime real estate and want to build apartment blocks. But on the flip side, I've been hearing this for years, and right now with the economy being a little funky,

I'd say we've got that much more time – couple of years maybe? BUT… I know that money talks and I know that paperwork talks but I really want to make a museum out of this. It's the only thing I have left to really do with the 5 Pointz, the only level left to reach. The walls, the outside….it''s reached it's peak and couldn't really get any better. You know, maybe one wall looked a little better this year, another looked a little better last year, but overall, the system especially from the outside is maxed out and I can't really expect anything more. So now I want to move my efforts towards the inside. But the time is now – I look at how fast all the studio artists had to leave….the same could happen to all of us at any time. This is the moment



I've just signed a contract with a grant writing firm. I went to them with the museum idea and they said that it's a real possibility, to the extent that they took on the contract pro bono, so if we don't succeed, they aren't getting paid. Through my relationship with them, I'll also get a pro bono lawyer representing the 5 Pointz, and so right there, there's 2 major pieces to the puzzle. On top of that, I've been in meetings with a nameless individual who has come

forward and said that he wants to help us, and this person has the power to point us in the right direction for funding. So there are a lot of positive signs – it's going to take a lot of work and an endless stream of paper and procedure but I firmly believe it's going to happen. A lot of people tell me I'm crazy – but then a lot of people said exactly the same thing when I told them I was going to cover the building from top to bottom. I know it's going to happen. You have to be here to feel the magic



# A Tour of 5Pointz Aerosol Art Center



This weekend I had the opportunity to take a SideTour experience of 5Pointz Art Center, an outdoor art exhibit space in Long Island City, Queens where artists from around the world paint on the walls of a 200,000-square-foot factory building complex. Our guide was Meres One, a talented artist and the curator of 5pointz, which is nicknamed "The Institute of Higher Burnin." Meres is an engaging guide, and has a way of making the artwork come alive as he shares stories of artists, often with themes of personal loss and overcoming obstacles such as medical illness that effected the creative process.

Throughout the 2-hour tour, Meres proudly talked us through the incredible range of subject matter, styles, and methods utilized at 5Pointz by artists from around the world. Meres makes an effort to allow different styles of art. We were shown examples of classic old school graffiti, "graphic design" graffiti, modern graffiti with clean shapes and lines, street art with distinct meaning or message, stencils, stickers and wheatpaste. They all come together to form a kind of collage which changes and evolves over time.



Walls around the 5pointz Loading Dock.

The loading dock feels like the heart of the art center. Despite the food carts and trucks coming in and out of the garage, there is a vibrant and exciting energy and during the summer they host many parties and events here. Next to the loading dock, there is a small, indoor gallery which at the time of our visit featured canvas paintings. As we discussed the art around the loading dock, Meres explained that some of the highest pieces were done with the help of a crane that was onsite during construction. The pieces across the top – from PC Kid to Dondi – are names of graffiti artists who have passed away. Artists are lost, and other artists step up – literally as high as they can go – to make art in their honor.

At 5Pointz, most of the pieces stay up for six months to two years. However, one piece by has been here a lot longer. In the photo below, under the window and next to "5PTZ dot COM", the faded pink "Child" is actually older than 5Pointz itself. It dates back to

the days of Phun Phactory, the non-profit which operated the site starting in 1993. In 2002, Meres took over and renamed it 5Pointz, suggesting a place where the five NYC boroughs come together as one. The Child piece was there at that time, and Meres has outlined it twice since then.



Child is the oldest piece at 5pointz, probably dating back to the early '90s.

On a nearby wall is a newer, blue and green piece with a very moving history. Sey One, an artist who became wheelchair-bound due to an illness was hoisted up 2 stories by a team of other artists to do his highest piece ever. This may actually be the final piece of his lifetime, as he passed away in 2011. His work remains as a beautiful example of community support and teamwork through art-making.



Sey One, a wheelchair-bound artist, was hoisted up 2 stories to do this blue green piece.

As we moved away from the loading dock area, Meres explained how working with graffiti artists in an increasingly popular venue has unique challenges. For example, some artists choose not to come because they do not want to be photographed by the influx of tourists coming to take pictures. Ironically, there has also been a problem with vandalism. Inexperienced, unknown writers have vandalized several buildings across the street, making it harder for Meres and 5pointz to maintain critical positive relationships in the neighborhood with property owners and the authorities. Unauthorized graffiti also appears on designated mural walls.



Salvador Dali mural by Zimer

The tour continued to see some amazing murals around the outside walls of the complex.



Slot machine themed mural by Italian artist Mr. Blob. There are 5 symbols on the front of the machine – one for each NYC borough.



"Beauty & the Beast" Mural by Esteban del Valle, a Brooklyn-based interdisciplinary artist originally from Chicago.



Collaborative mural by The Yok and Creepy.

In Meres' favorite mural, James Cochran used a spray paint pointillism technique to finish this portrait. Other recent works by the Australian artist include a famous mural of Usain Bolt to celebrate London's 2012 Olympic Games. Look closely to see the hearts in the eyes, a signature feature of this artist.



Pointillism portrait by James Cochran.



Detail of pointillism portrait by James Cochran.

Some murals have a personal theme or message. Meres collaborated with Demer and Shiro to make this medically themed mural for his mother when she was sick. Shiro is a Japanese artist who works as a nurse. It says "Get Well Soon" on the right near the artists' signatures.



Shiro, Demer, Meres Collaboration

Other artists express a more collective message. This work by legendary artist Lady Pink represents the harm we are doing to Mother Nature as we drill for oil and pollute the earth.



Lady Pink

Below Lady Pink's work is Danielle Mastrion's 15 foot tribute mural to the late MCA of the Beastie Boys.



MCA of the Beastie Boys. RIP

Pablo Mustafa works at PS1, which is right across the street. Rumor has it that he was disgruntled at work and asked Meres to tag it with "PS1" to look like vandals did it. PS1 hasn't said anything about the piece, to date.



Yu No Love Me? by Pablo Mustafa.

At the end of the tour, Meres gave a live demonstration of how he creates his own aerosol art, making it look deceptively easy. We also got to stop by the roof to see more incredible art set against breathtaking views of the city. Unfortunately, publishing photos from the roof is prohibited, so I am unable to post them. You will just have to take the tour to see for yourself! If you are into street art, graffiti, or hip-hop culture, your eyes will be happy. It was a very special experience for me.



Meres gave a live demonstration of how he creates his own works of art.

You'll need to get to 5pointz soon, for this tour or for a self-guided visit because the future of 5Pointz is uncertain. In 2009, NYC Buildings department ordered the largest building closed after a stairway collapsed, seriously injuring an artist. Now there is a dispute over what to do with the complex. The owner announced plans to redevelop the property and build high-rise residential towers. Meres has publicized his desire to convert the building into a graffiti museum and possibly open a school for aspiring aerosol artists. During our tour, he seemed cautiously optimistic, acknowledging that the future is uncertain, but also mentioning that he has been in talks with the Long Island City council to expand to another site.



The view from under the 7 train featuring a flower by Michael De Feo, Notorious B.I.G. mural by New Zealand's OD, and Meres' signature light bulb character.

Graffiti and street art is transient by nature. Pieces go up, they live their life for a certain amount of time, and then they get covered by something new, erased, or just fade away. There is something poignant about transient art taking over a building that may be transient itself. That's what makes a visit 5Pointz sad and hopeful at the same time, and certainly worth your while. Check out the next Sidetour to 5Pointz and read more coverage on Untapped about this spectacular building.



**The New York Times**

<u>Arts</u>

# ART/ARCHITECTURE; Museum With (Only) Walls

By SARAH BAYLISS
Published: August 08, 2004

THERE's a world-class museum on Jackson Avenue in Long Island City that's free, that's open 24/7 and that shows the top artists in their field. It has hundreds of artworks, most of them huge: murals with allegorical tales of good and evil, modern takes on Rembrandt, variations on and homages to grunge comix and the golden age of Mad magazine. The art is constantly changing, the staff is paid nothing and anyone can show there. Almost every artist uses a nom de plume. The best view is from the elevated No. 7 train.

It's not the P.S. 1 Contemporary Art Center but the blocklong establishment across the street -- 5 Pointz: The Institute of Higher Burnin'. 5 Pointz (the name signifies the five boroughs) is New York's hub for the high aerosol -- or spray-can -- art. The outside walls, the rooftops and especially the loading dock, not to mention the indoor halls and air shafts or the trucks parked outside, are its Technicolor showcase.

Formerly known as the Phun Phactory, 5 Pointz is the vision of Jonathan Cohen -- tag name Meres -- whose dream is to have the building "100 percent covered." Artists have come from Canada, Switzerland, the Netherlands, Japan, Brazil and all over the United States to "piece" -- make a masterpiece -- at 5 Pointz. Murals are up for between a week and a year before they are painted over, and no artist is turned away.

Don't confuse the art on display here with graffiti, Meres cautions: "Graffiti is a label for writers who vandalize. Aerosol art takes hours and days. It's a form of calligraphy." (Breathing in aerosol fumes over the years has damaged his health, he says. Like many aerosol artists, he wears a mask to work.)

Random tagging -- casually spraying your name across a surface -- is against the rules at 5 Pointz. A derivative of gang writing, tagging is a way to mark territory. "There's nothing artistic about a tag," says the artist Nic 1, who helps Meres manage the site. "A tag is just expressing anger or whatever. You can tag blindfolded on the phone. Pieces are considered art."

A tag evolves into a piece when the letters become calligraphic, "taking on a style concept and a sense of structure and abstractness," Nic 1 says. But pieces can also be just

pictures. When several pieces by one or more artists make up a larger picture, it becomes a "production."

5 Pointz has the blessing of the building's landlord, the developer Jerry Walkoff, who has owned it since 1971. "I have a certain passion for people in the art business," says Mr. Walkoff, who rents studio space in the building to about 90 artists and leases the rest mostly to garment-industry enterprises. As for the aerosol artworks on his property, he says, "I have no problem as long as they do it tastefully and don't endanger themselves." (More 5 Pointz art, past and present, can be seen at www.5ptz.com and at www.x-nyc.com/pointz.html)

SARAH BAYLISS

DRAGONS AND SOLDIERS

"Meres and I started on this wall one day at 2 or 3 in the afternoon, and we didn't get home until 9 the next morning," Nic 1 says. "The basic principle of this was good versus evil, but it's not what you think. The dragons are the good guys, and these Roman soldiers are the bad guys. So the whole concept is that it's a switcheroo, in effect, but on a mural-type level."

What was the inspiration? "I believe Meres has seen 'Lord of the Rings' one too many times," says Nic 1. "But basically, we're telling our own story."

Signatures like the one here, Nic 1 says, have an "unreadable style" for people outside the aerosol culture. "We started it as a form of communication and acceptance within the urban society, and the only way you were going to know me is that you were doing what I'm doing."

FUNKY LIZARDS

These reptiles, relaxing in a country setting, are an homage to Vaughn Bodé, a cult cartoonist in the 1970's. "These are the most widely known lizards in aerosol culture," says Nic 1. "Everybody that's somebody in aerosol culture has to have one of Bodé's books."

Rendered by the Miami artists Siner and Pack, the lizards, Nic 1 says, represent "the male species, and the hunger and the inner desire, and the hipness and the coolness. The lizard is always chasing after female characters with pull-up shorts, the perfect Goddess Woman. That's what Mr. Bodé was about."

WASHINGTON SQUARE PARK

The concept of this allegorical wall, created in 2001 by the artist Leia, was, Meres says, that "aerosol artists are perceived as good and bad by people and the media." Leia is now painting over that picture with a new production -- a rendering of Washington Square

Park with a dancing woman and a view of the World Trade Center. "I'm trying to bridge my style of fine art and graffiti art," he says. The picture, which has a limited palette, was inspired by the three Greek terms for love: Eros (romantic love) is represented by the woman; Agape (transformational and unconditional love) is signified by the twin towers, alluding to the sacrifices made on 9/11. Leia will refer to Philos (brotherly love) by reproducing his closest friends' tags and pictures.

PUTTI

This new wall, with bubble-gum-pink putti strumming harps and cloud lettering, was made in memory of a 27-year-old aerosol artist who died of a heroin overdose this summer. "In aerosol culture he was known as Glue 2," says Nic 1, who made the piece with two other artists, Stem and Raven. "This was a memorial to him, because he passed recently. Basically, we wanted to do something for him. The beautiful part of having a place like this is that it's a nice outlet for people to come and express themselves with aerosol, without having to worry that they're doing a crime."

"His last name was Mitchell," Nic 1 continues. "I wrote the 'Mitchell,' and Raven did the 'Glue 2.' "

The letters have what Nic 1 calls style exaggeration. "You'll bend and pull and stretch a conventional letter out of its means for the purpose of giving it some life and style and charisma," he says.

REMBRANDT

This street-level reproduction of a Rembrandt self-portrait is a group effort by Sperm, a Dutch aerosol artist, and two other artists from the Netherlands. Over the course of a week, they created a handful of walls at 5 Pointz, including two other big Rembrandt reproductions. Working on a wall is "just the same as being an artist who shows on canvas, working in a museum," Meres says. "The only difference is that a lot of time our walls are 10 times bigger."

**bbc.co.uk navigation**

# Five Pointz: New York's graffiti landmark faces demolition

**7 August 2013** Last updated at 01:41 BST

For 20 years, Five Pointz, an abandoned series of factory buildings in Long Island City in New York, has been one of the world's prime legal outdoor graffiti spaces. But soon artists may have to take their spray cans somewhere else.

Having allowed "aerosol art" on the walls since 1993, the owner of the property plans to demolish the building later this year to make room for two high-rise towers for residential flats.

Although the developers have pledged to reserve some room for art at the new building, the artists say they have not been offered any space.

The BBC met with the artists and the developer involved in the dispute.

*Produced by the BBC's Sune Engel Rasmussen; filmed by Ilya Shnitser.*

Altered States *is a series of video features published every Wednesday on the BBC News website which examines how shifting demographics and economic conditions affects America on a local level.*

Boston.com

# In this section : Travel

# Days numbered for Five Pointz graffiti block

December 23, 2012



IRENE SEGE FOR THE BOSTON GLOBE

NEW YORK — Five Pointz is not your typical art gallery. Located in Long Island City, Queens, across the East River from Manhattan, it's the block of graffiti visible from the elevated No. 7 train. Exit the subway at Court Square for a closer look at the city block of curated "aerosol" art.

But don't dally. The owner of the dilapidated 200,000-square-foot warehouse — who has allowed its exterior walls to double as a graffiti gallery since 1993 — is expected to raze the building in late 2013 to build housing and retail space. He will reserve a rear wall for graffiti.

For now, artist Jonathan Cohen, a.k.a. meresone, continues to curate the giant tableau of spray paint art, with taggers invited from as far as France and Australia. For an extra treat, walk across Jackson Avenue to the PS1 outpost of the Museum of Modern Art.



# Curator of an urban canvas

## The Gatekeeper of New York's 'graffiti mecca,' 'Meres' decides who paints – and how long it stays.

By Dmitry Kiper, Contributor to The Christian Science Monitor / July 24, 2007

New York

Rembrandt has strange neighbors here: a cartoonish, gun-toting kid in baggy clothes, a psychedelic face melting into a wall, a bare-shouldered samurai girl with vampire teeth. Perhaps the Shakespeare look-alike would comfort the Dutch master – except the bard's image turns out to be a devilish red mask.

Welcome to what some consider the world's "graffiti mecca," where aerosol artists – their preferred term – come from all over the globe to paint the walls of this 200,000-square-foot warehouse in Queens. As the No. 7 subway thunders by 20 feet overhead, tourists and locals stroll around, sometimes for hours, cameras in hand and mouths agape. 5 Pointz, named for New York's five boroughs, is the biggest space in the city where aerosol artists can paint legally – as long as they pass muster with veteran graffiti artist Jonathan Cohen. Think of him as the volunteer curator of an outdoor art gallery, one where paint comes in spray cans, the canvas is cement, and artists are more likely to be blasting hip-hop then Haydn.

On any given day, someone is usually painting. But on the weekends, 5 Pointz buzzes. Twenty or more artists, dressed in baggy jeans and T-shirts, spray walls and crevices of the giant U-shaped building that houses artists' studios and garment manufacturers. They bring supplies, snacks, even their kids. If they're not painting, they're talking, getting acquainted with new talent or artists they've admired for decades.

Want to paint? Get permission. Dozens of spray-painted signs say to e-mail "Meres" – Mr. Cohen's "tag," or signature – for a permit. He asks artists he's not familiar with to show him sketches or photos of their work and, for big murals, a layout. He tells artists that he expects a lot from them and reminds them of how many people will see their work – and he prides himself on the results. "I could sell ice to an Eskimo," he says, smiling. Cohen believes that since he took over in 2002 from another volunteer supervisor, the quality of work has vastly improved. The warehouse owner, meanwhile, gets his building freshly painted daily – for free.

There's an egalitarian ethic here ... kind of.

"Anyone can paint," says Cohen. But not everyone's art stays up for long. Some works last 12 hours; other pieces remain for two years. The determining formula is "skill level times effort times concept."

This algebra of aesthetics is far removed from the simple awe of Cohen's early encounters with aerosol art. He still recalls books of subway graffiti and seeing a graffitied Smurf on a wall as a child. His reaction? "Yo, that's fresh!"

But his adoptive parents weren't wild about his new hobby. "'This is crap,'" Cohen recalls his father saying, while his mother pleaded with him, "'Just don't get arrested."

By age 17, he had sold a few paintings and dropped out of school. He later attended a GED program in the Bronx for young people passionate about aerosol art, and then enrolled at the Fashion Institute of Technology, where he studied on-and-off for eight years while working full-time as a Manhattan bike messenger. He never graduated.

These days, the thin-faced, hazel-eyed Cohen is always on call, which may explain why his five o'clock shadow is closer to 10 o'clock. When he's not answering his cellphone or making sure the building isn't tagged illegally, he gives tours to interested onlookers. And every Sunday afternoon he teaches aerosol art to a class of 10 kids – after they earn their keep with two hours of scraping walls, painting them, and picking up trash.

Listen in on the class, and you'd swear you were hearing a foreign language. Some translations, then: a "tag" is an artist's basic signature; a "piece" is a signature with a detailed font and colors; and a "production" or "mural" is a scene with a concept.

On a recent muggy Friday afternoon at 5 Pointz, this dialect was in full force as old-school graffiti artists reminisced. Louie Gasparro (aka KR1), who has made aerosol art since 1977 as an 11-year-old tagging trains and alleys, remembers when he could tell what borough he was in by the graffiti style. Now, he says, styles from all over the world fuse into one another.

"Back in the day, you couldn't do elaborate pieces like this," says Mr. Gasparro in a thick New York accent, pointing to works that took weeks to create. As graffiti has become more accepted at places like 5 Pointz, he says, it's improved because artists can paint without the fear of being fined or chased by police. Instead of minutes, they can dedicate days, weeks, or months to a single work. But 5 Pointz is the exception, not the rule. "There should be more places like this," says Gasparro.

"It's another world away from the world," says Cohen.

Yet part of the appeal of 5 Pointz is its lack of isolation: The fact that this world is clearly visible from the subway ensures a steady flow of curious eyes. And there's another magnet nearby. P.S.1 Contemporary Art Center, an affiliate of the Museum of Modern

Art in Manhattan, is across the street. When people, especially those in their 20s and 30s, unexpectedly see 5 Pointz on the way to or from the museum, they are inexorably drawn to it by a mixed sense of enchantment and disbelief. A common reaction of passersby, says Cohen, is, "'Wow! Did you do all this with a can?'"

"It brings an audience that wouldn't be coming around here otherwise," he explains.

\*\*\*

Last December, Cohen got a call from someone representing Joss Stone, the popular R&B singer. Ms. Stone wanted to use 5 Pointz as the backdrop for the music video of her song "Tell Me 'Bout It." Cohen had no idea who she was, but after talking to her, he gave her crew the go-ahead. He even did a mural of Stone's face for the video, in which he appears at the end.

Cohen also flew to Los Angeles to paint Stone's body for the cover of her latest album, "Introducing Joss Stone." He had never used powdery body paint before or painted anyone's entire body, but "I'll never turn down a job," he says.

This motto has led him to accept corporate work, too -- an opportunity that might not have been conceivable in the early days of aerosol art. On that same muggy Friday that the old-school artists were painting at 5 Pointz, Cohen was in Brooklyn working on a mural that advertises iced tea. He does corporate gigs purely for the money, he says, but dismisses any talk of "selling out."

"I couldn't work a regular job and work 5 Pointz," he says. When he's not at a gig, he's volunteering his time there, and although he gets paid for commercial use of 5 Pointz for film or photography, he says he annually spends $10,000 of his own money on the building.

"He spends his life there and he doesn't get much for it," said Ms. Stone, the R&B artist. "It's all about the love for the art."

Money aside, Cohen has big dreams for 5 Pointz. He wants to open an aerosol art clothing and supply store, a museum, and an art school. Money considered, he realizes these dreams will cost a lot. "I take it year by year," he says.



**CSMonitor.com** on Facebook

# Hip-Hop Database Wiki

# 5 Pointz


Front and side of 5 Pointz

Added by Young Piece

Rear of the 5 Pointz building.

Added by Young Piece

5 Pointz: The Institute of Higher Burnin' or the 5Pointz Aerosol Art Center, Inc. is an outdoor art exhibit space in Long Island City, New York, considered to be the world's premiere "graffiti Mecca," where aerosol artists from around the globe paint colorful pieces on the walls of a 200,000-square-foot (19,000 m2) factory building. The complex owned by Long Island developer Jerry Wolkoff houses the Crane Street Studios in which 200 artists pay below market rents for studio space. In 2009 a 450-square-foot (42 m2) studio was listed as renting for $600/month.

It was announced in March 2011 that Wolkoff plans to redevelop the property to build high-rise residential towers, putting the future of 5 Pointz in jeopardy.

### History

The complex was first established as the Phun Phactory in 1993 by Pat DiLillo under a program called Graffiti Terminators to discourage graffiti vandalism by encouraging artists to display their work in a formal showcase.[5]

In 2002 Jonathan Cohen, a graffiti artist operating under the name "Meres" began curating the work.[6] If he is not familiar with an artist, Cohen will ask for a sample of their work; if it is a mural, he will ask for a layout as well.[6] The name 5Pointz signifies the five boroughs coming together as one but, because of its reputation as an epicenter of the graffiti scene, the industrial complex has actually united aerosol artists from across the world. Legendary writers from Canada, Switzerland, the Netherlands, Japan, Brazil, and all

over the United States have painted on the building walls, including Stay High 149, Tracy 168, Cope2, Part, SPE, and Tats Cru.

Over the past decade, the striking, graffiti-covered warehouse has attracted several hip-hop and R&B stars, including Doug E. Fresh, Kurtis Blow (rapper), Grandmaster Caz (rapper), Mobb Deep, Rahzel, DJ JS-1, Boot Camp Clik, Joan Jett, and Joss Stone. One of the first graffiti there was a portrait of Jam-Master Jay, an important member of the early hip hop musical style.

In April 2009 the New York City Buildings department ordered the largest building closed after citing it for numerous building deficiencies including the studio partitions were built without permits. The inspections followed an incident on April 10, 2009, in which an artist was injured when part of a concrete fire escape collapsed.

## Reaction

John Roleke of About.com writes: "5 Pointz is a living collage of graffiti art covering a converted warehouse full of artist studios". 5 Pointz is known worldwide, and taggers or graffiti artists from all over the world have come there to paint graffiti. 5 Pointz has been the subject of articles in newspapers such as The Christian Science Monitor, The Boston Globe, The New York Times, and the International Herald Tribune.



Timeout New York

# "Celebrating 40 Years of Hip-Hop": 5 Pointz reopens for the season

**Queens graffiti haven 5 Pointz celebrates hip-hop's 40th anniversary all summer long.**

By Kenny Herzog Tue Apr 30 2013



Photograph courtesy 5 Pointz

5 Pointz Aerosol Arts Center

It's been four decades since DJ Kool Herc's Bronx block parties helped ignite a new genre of music and a global movement. From Saturday 4 through September 14, 5 Pointz Aerosol Art Center *(45-46 Davis St at Jackson Ave, Long Island City, Queens; 317-219-2685, 5ptz.com)* hosts "Summer 2013: Celebrating 40 Years of Hip-Hop," a four-month tribute to both the graffiti hub's decade in existence and the culture that inspires it. (As for the persistent rumors of its imminent date with a wrecking ball, 5 Pointz event planner Marie Flageul responds that they're nothing new: "As of now we have not been told anything by the

landlord nor is there an approved demolition, or date.") Throughout the season, Bronx street-art crew Zimad TD4 will curate rotating gallery exhibits; influential first-generation DJ and producer Marley Marl will spin old-school house on Saturdays; and local MCs, including 5 Pointz' resident beat-box instructor Grey Matter, will battle. Here are five free happenings we recommend tagging in your calendar.

## 5 Pointz reopening bash

- **Free**

While onlookers can gawk at 5 Pointz' art year-round, founder Jonathan Cohen (a.k.a. Meres One) and his fellow organizers put their hardest work into the summer programming, during which all but a few pieces rotate to make room for new work. The season kicks off with this annual party and gallery unveiling, featuring a performance by local hip-hop outfit Briefkase Boyz in addition to break dancing, audible treats from local favorite NYC Beatbox and live painting from German sprayer Semor.

1. *5 Pointz Aerosol Art Center 45-46 Davis St, at Jackson Ave*
2. **Sat May 4**

More info



## The After Revolution at 5 Pointz

- **Free**

The biennial World Nomads Festival—helmed by the French Institute Alliance Française (FIAF)—highlights francophone nations that exemplify creative courage and vision. This year, the focus is on Tunisia, where street art is completely illegal; as part of the festival, FIAF sponsored a collaboration between Tunisian artists eL Seed and Jaye, and 5 Pointz regulars such as SinXero. They created classic calligraphy-style graffiti, murals and stencils at 5 Pointz, as well as in Bushwick and the Bronx. Watch a short documentary on the process, with a follow-up Q&A.

1. *5 Pointz Aerosol Art Center 45-46 Davis St, at Jackson Ave*
2. **Sun May 12**

More info



## Iz the Wiz dedication

- **Free**

Partake in NYC graffiti history at this tribute to street-art legend Michael "Iz the Wiz" Martin, who died in 2009. A memorable character in Henry Chalfant's 1983 documentary *Style Wars*, Iz was known for defining the classic NYC lettering style, and his work was ubiquitous on the city's elevated subway lines in the late '70s and '80s. Each year since his death, painters and crews such as Rebel, NSA, Zimad TD4 and Demer have gathered at 5 Pointz to throw up pieces dedicated to this aesthetic pioneer.

1. *5 Pointz Aerosol Art Center 45-46 Davis St, at Jackson Ave*
2. **Sun Jun 16**

More info



## Back to the Roots: Kool Herc at 5 Pointz

- **Free**

DJ Kool Herc reputedly created hip-hop on August 10, 1973, at a rec-room party on Sedgwick Avenue in the Bronx; he devised a new sound by using two turntables to lengthen soul, funk and disco breaks. That mythical night is why many music historians recognize August as the genre's anniversary month, and on its 40th birthday, who better to spin records than the normally reclusive Herc himself? As part of its own season-long homage to the genre, SummerStage will cosponsor this must-attend party and painting showcase, where Herc's soundtrack should inspire some epic designs from a roster of as-yet-unnamed artists.

1. *5 Pointz Aerosol Art Center 45-46 Davis St, at Jackson Ave*
2. **Sun Aug 11**

More info



## To the Pointz B-boy battle

- **Free**

This annual season closer historically doubles as a celebration of 5 Pointz's continued survival amid frequent rumors of the warehouse's demolition—and the festivities have occasionally continued well past the official 8pm end time. In previous years some of the city's most renowned breaking crews have hit the pavement, including Dynamic Rockers, Supreme Beings, 5 Crew Dynasty and Step Fenz, and 2013 attendees should expect a similarly riveting send-off.

1. *5 Pointz Aerosol Art Center 45-46 Davis St, at Jackson Ave*
2. **Sat Sep 14**

---

- 5 Pointz summer events

# HUFF POST NEWSLETTERS

# HUFFPOST ARTS & CU

Paul PolmanMarlo ThomasNiall FergusonCarole King



## Jaime Rojo & Steven Harrington

Co-Founders, BrooklynStreetArt.com

# Looking at 5 Pointz Now, Extolling a Graffiti Holy Place in New York

Posted: 07/24/2013 8:54 am

As graffiti culture continues to assert its place in modern art history even while continuing to expand and redefine itself on the street and in homes, galleries, and museums along a storied continuum, we are reminded again about the foundational role that graffiti has played in our aesthetic, helping to define urban culture and at least partially fueling the evolution of what we call a street art scene today. And while it evolves, we take a moment to look at one of New York's shrines of the last two decades or so.



*MERES. Detail. (photo © Jaime Rojo)*

As with most subcultures in a capitalist society, there are a fair amount of commercial influences swimming around and through the graffiti world, too. The products and motifs employed to sell them somehow simplifying graffiti's complex nature and diluting its emotional resonance for many. This is the water we're all swimming in, however, and you could drown trying to fight it. Graffiti, like street art, has always been to some extent a reflection of us back onto ourselves, and we are sometimes sophisticates, sometimes brutes, sometimes cartoons, sometimes dreamers.

Despite commercial pressures and their mutative effects, it is evident that the graffiti style is alive and well and building upon itself in new ways. For some, graffiti is analogous to the early punk scene, for some others it could be inextricably tied to hip hop or perhaps some ingenious subversion of formal letter-based communication. But as it continues to morph into multiple sub-genres, it still seems perfectly clear that it is born from a scream, a helluva celebratory and defiant yell. Very individual, often powerful, it is tied to an overwhelming drive to be heard and to be seen. At its basis you can capture by hand something that is channeling of its own volition through your mind and from your gut. Probably. This incisive wisdom from BSA and $2.50 will get you a ride on the subway.



*Zimer (photo © Jaime Rojo)*

BSA will never be versed enough to speak authoritatively about graffiti culture, nor do we pretend to -- it is so vast and storied and frankly outside our wheelhouse. But you don't have to be a professor of graffiti or even a practitioner to have been affected by it and have formed an opinion about it. Even if you grew up in the desert you have been seeing graffiti in movies, television shows, books, magazines, and on your phone for the last half century. In fact, many who have made it this far into this article have probably seen 5 Pointz in a movie or a video or possibly out the window of the 7 train when swooping around Long Island City, Queens.

Begun as Phun Factory in the 1990s and eventually changing its name, this 200,000 square foot former factory building cannot be overestimated in its impact visually over two decades as well as for the community service it has provided for many artists -- younger and older -- to practice, experiment, and even hit a level of mastery of their craft.

We won't call it a Mecca, as we've been schooled by some of our brothers and sisters who think that's disrespectful. So we'll just call it a Holy Place for many here and around the world. An ever-evolving canvas viewable from the street and passing trains, many an international tourist has made the pilgrimage to check it out. It's a touchstone for the true New York -- one that is now disappearing due to development of this neighborhood as Manhattan is being reserved principally for the rich.



*Sen2 (photo © Jaime Rojo)*

As the fevered pitch of cries from fans and community for the preservation of 5 Pointz runs up against the dual realities of a crumbling infrastructure and an increasingly desirable location for real estate development, we all reluctantly cede that the writing is probably on the wall (pardon the pun).

Absent a deep-pocketed philanthropist who wants to preserve it (Jay Z?) or a groundswell of citizenry demanding public seizing of private property (torches and pitchforks anyone?), you must know that this can't last forever despite what many see as its monstrous importance and relevance to this culture, history, and our time.



*TooFly (photo © Jaime Rojo)*

But really, just take a look around this spot. If you are here now, or are planning to come soon, you know that 5 Pointz has the pulsating power of a beacon for many; a living thriving vessel for the creative spirit to be expressed in myriad ways, many personal. All hail 5 Pointz and those who have made it successful all these years.

Here is a small collection of more recent images of 5 Pointz.



*N'DA and Bishop203 (photo © Jaime Rojo)*



*See TF (photo © Jaime Rojo)*



*ZMOGK . Shiro on top. (photo © Jaime Rojo)*



*Onur . Semor . Wes21 . KKade (photo © Jaime Rojo)*



*Onur . Semor . Wes21 . KKade Detail. (photo © Jaime Rojo)*



*Pablo Mustafa (photo © Jaime Rojo)*



*Monsieur Plume . Raid Crew (photo © Jaime Rojo)*



*Spidertag (photo © Jaime Rojo)*



*Kram (photo © Jaime Rojo)*



*Sex. El niño de las pinturas (photo © Jaime Rojo)*



*Joseph Meloy (photo © Jaime Rojo)*



*Mr. Blob (photo © Jaime Rojo)*



*Perk (photo © Jaime Rojo)*



*Color at 5Pointz (photo © Jaime Rojo)*



*Much respect to Meres and to all the writers on this epic wall and whole compound. (photo © Jaime Rojo)*





Home » featured, Must do's, New York

## 5 Pointz – the heart of street art in NYC
Written by Cordula 15 February 2013 4 Comments

New York is a city of superlatives – a place where everything is considered bigger, better, and brighter. It's no surprise the city is home to one of the largest street art collections in the world: 5 Pointz. While graffiti and New York may be associated with dark backstreets somewhere deep in the Bronx, this world famous street art Mecca is located in an old warehouse complex in Queens.









The brightly colored landmark is hard to miss. When traveling into Queens on the elevated 7 train, the graffiti-covered building with its colorful tags, symbols, faces and grimaces is one of the first things that will capture the passenger's eye. 5 Pointz is less of a museum or gallery but more of a living collage of aerosol art covering the walls of the old factory building in Long Island City. The complex was first established in the early 1990s to discourage graffiti vandalism by offering a site where artists can legally work and experiment – rather than illegally tag subways or fascades.











To get permission to create a piece at 5 Pointz, artists are required to submit samples of their work for curation. The rules are simple: You are allowed to paint whatever you want as long as there is no explicit language or imagery. After a certain amount of time, the walls are erased to make room for new pieces. 5 Pointz has become a global attraction over the past decades – not only for artists but also photographers, filmmakers, musicians, and of course tourists.








Depending on who sees it, 5 Pointz can either be a living art collection or just an uninspired bunch of graffiti tags. Why not check this place out yourself? 5 Pointz is located near the Court House Square station, only three stops into Queens on the 7 train (45-46 Davis Street, Long Island City). It's recommended to not procrastinate a visit: Recent articles report 5 Pointz is likely to be demolished by September 2013 to make room for residential buildings.

*All photos by Cordula Schaefer.*

**12ozProphet**
**Worldwide Graffiti Scholarship ™**

# Liu Bolin Disappears at 5 Pointz - 5 Pointz May Disappear Too - Meeting Tonight

This article was posted by Martha Cooper.



Chinese Artist Liu Bolin aka The Invisible Man had himself painted into an intricate graffiti mural at 5 Pointz yesterday. After touring a few graffiti sites, Liu selected a rich jungle scene by Meres and Zeso as

the perfect backdrop for his unique disappearing act. It was a timely choice because 5 Pointz itself is in danger of disappearing. Legal walls are scarce in New York City and 5 Pointz has long been the place for national and international writers to paint.

**TONIGHT** at 7:00PM, there will be a community board meeting at Sunnyside Community Services, 43-31 39th Street. Hope you can make it.

Liu Bolin: Mask opening at Eli Klein Gallery tonight 462 West Broadway.



Colors must match perfectly.





Liu Bolin with Meres.



















text & photos: Martha Cooper

© Martha Cooper & 12ozProphet - Thursday June 06, 2013 at 11:18 AM

## Exhibit B

Artist:      Jonathan Cohen aka "Meres One"

Address:     Flushing, New York

Website:     www.5ptz.com

Work of Visual Art:  Drunken Bulbs



Copyright Status:  Pending

Work of Visual Art:  Love Girl and Burner

Joint Work With Artist "TooFly"



Work of Visual Art:  Underwater Fantasy

Joint Work With Shiro

Copyright Status:  Pending



Work of Visual Art:  7 Angle Time Lapse

Copyright Status:  Pending



Work of Visual Art:  Eleanor RIP

Copyright Status:  Pending



Works of Visual Art:  Light Bulbs

Copyrighted



Biography:



Jonathan Cohen aka Meres One was born in the Bronx and grew up in Flushing, Queens.  For Cohen, creating new visual characters, drawing mini comic books and illustrating stories at an early age was his way to escape from his daily life. One day, Cohen noticed a Smurf® figure painted in his neighborhood, and it inspired his iconic Bright Idea signature Light Bulbs, dozens of which grace the walls at 5Pointz.

As a student of New York City's Fashion Institute of Technology, Cohen haunted the Metropolitan Museum of Art, losing himself in the works of the masters as he studied the composition and technique of some of the world's greatest artworks.  Although aerosol art is Cohen's chosen outlet, he has also mastered oil painting, acrylics, water colors and pastels.

Painting for nearly three decades, he has produced hundreds of murals throughout New York, and all over United States, and even in Europe.

Cohen founded The Deadly4Mula (TD4) and Organize the Masses (OTM) two major art crews from the East Coast widely-recognized for their creativity and out-of-the-box productions.

His works of visual art have been featured in several music videos, advertising campaigns, product launches, television and movies, including *Now You See Me*, *Project Runway All Stars*, *The Today Show*, *Fuse TV Top 20 Countdown*, Louis Vuitton, Fiat500, TW Steel, Pepsi Cola, Punto de Vista, Joss Stone, and the limited edition Cave de Tain 2008, wine label.

In 2012, Cohen was commissioned by the N'vy Hotel in Geneva to paint over 15,000 square feet, the largest project to date in the luxury hospitality industry.

Cohen is an artist, historian, educator, and advocate of the aerosol art movement.  This selfless commitment to the field of aerosol art has made 5Pointz Cohen's greatest masterpiece.

# Exhibit C

Artist:      Sandra Fabara aka "Lady Pink"

Address:    Astoria, New York

Website:    www.pinksmith.com

Work of Visual Art:  Green Mother Earth



Copyright Status:  Pending

Biography:

Sandra Fabara was born in Ecuador, but raised in New York City. In 1979 she started writing graffiti and soon was well known as the only female capable of competing with the boys in the graffiti subculture. Pink painted subway trains from the years 1979-1985. In 1982 she had a starring role the motion picture "Wild Style". That role and her other significant contributions to graffiti have made her a cult figure in the hip-hop subculture.

While still in high school she was already exhibiting paintings in art galleries, and at the age of 21 had her first solo show at the Moore College of Art. As a leading participant in the rise of graffiti-based art, Lady Pink's canvases have entered important art collections such as those of the Whitney Museum, the Metropolitan Museum of Art in New York City, the Brooklyn Museum and the Groningen Museum of Holland. She has established herself in the fine arts world, and her paintings are highly prized by collectors.

Today, Lady Pink continues to create new paintings on canvas that express her unique personal vision. She also shares her 30 years of experience with teens by holding mural workshops and actively lecturing to college students throughout the Northeast.

Exhibit D

## Exhibit D

Artist:        Stephen Ebert aka Bishop203

Address:     Brooklyn, New York

Website:     http://bishop203.com/
               www.lowbrowartique.com

Work of Visual Art:  Heartless Bangle



Copyright Status:  Pending

Biography:

Ebert began his career as a street artist while still in his teens.

The early street art produced by Ebert and his crew typically incorporated cartoon-like creatures and characters into their tags and pieces.

After moving down South, Ebert discovered the tiny artist enclave in Charlottesville, Virginia, which provided him with opportunities and inspiration beyond simply larger-than-life walls for graffiti.  As his own world expanded and grew, Ebert, too, began to experiment with bigger, more sophisticated ideas that were as expansive as the surfaces he had to write on.

Ebert's relationships were big in his early pieces, and he produced a series of pop art renditions of the important women in his life.  The personal feelings and expressions that underlay Ebert's work are unusual for a street artist.  Through these works, Ebert blazed a new trail exploring the status of the women he placed on a pedestal with artwork characterized by sharp lines and bold colors.  One characteristic of Ebert's very personal artwork was the creation of characters whose hearts were cut out, and then using the spaces around the characters to convey other messages about relationships, people and ideas.  Today Ebart still juxtaposes the playful with the painful, using a variety of forms and subjects to communicate his relationship with women, the world and himself.

## Exhibit E

Artist:      Luis Lamboy

Address:     Bronx, New York

Work of Visual Art:  Blue Jay Wall



Biography:

Luis Lamboy, a native of the South Bronx, began his formal career as a graffiti artist at age 14 when he was awarded a scholarship to the Fashion Institute of Technology in New York City.  Since graduating, Lamboy's artworks have been featured in galleries worldwide and are highly sought after by collectors. In addition to being a virtuoso in the aerosol arts, Lamboy works in mixed media with acrylic, oil, enamel, airbrush, and sculpture on surfaces ranging from canvas, murals, clothing, and three-dimensional objects.

In addition to his frequent participation in gallery shows and art exhibitions, Lamboy is greatly in demand to do custom work for the entertainment industry.  He has painted clothing for a wide variety of performers to wear on stage, with clients as diverse as Patty Labelle, Anita Baker, New Kids on the Block, Will Smith, Jazzy Jeff, and The Boyz. Lamboy has also painted backdrops for TV show Steampipe Alley, commercials, blockbuster movies, and music videos.

Lamboy is the Curator for the summer shows at the 5Pointz Gallery.

Selected Galleries/Shows/Events:

- Art Fair, Jacob Javits Convention Center
- Ronald Reagan art center in Washington DC
- Red Bull cooler project
- Art Basel

# Exhibit F

Artist:      Esteban Del Valle

Address:    Brooklyn, New York

Work of Visual Art:  Beauty and the Beast

Copyright Status:  Pending

Biography:

Esteban del Valle is an interdisciplinary artist currently living and working in Brooklyn, NY. He completed his MFA at the Rhode Island School of Design in 2009, where he received a Presidential Scholarship and the Toby Devan Lewis Fellowship. Esteban has produced murals throughout various parts of the United States, including Chicago, San Antonio, Kansas City, MO, Spartanburg, SC, and Provincetown, MA.

Del Valle and his mural work have been featured in numerous publications and on HGTV. Del Valle has also been a part of various exhibitions including the 2009 New Insight exhibition at Art Chicago, Geography of Imagination curated by Phong Bui in New York City, and the East/West 2009: Emerging Artist Exchange at the CoCA in Seattle.

In 2009, while at the yearlong Hub-Bub residency in Spartanburg South Carolina, Esteban collaborated with the Spartanburg city ballet to create their fall production.

In 2010, del Valle was both a writer in residence at the Institute for Sustainable Living, Art, and Natural Design in Michigan and a visual artist in residence at the Djerassi Program in northern California.

In 2011, del Valle worked in Los Angles designing a set for the 2012 Sundance Film Festival selection Filly Brown and was a participant at the Skowhegan School of Painting and Sculpture.

Most recently, del Valle completed a 7-month fellowship at the Fine Arts Work Center in Provincetown, MA.

# Exhibit G

Artist:         Rodrigo Henter de Rezende

Address:      Brooklyn, New York

Website:      www.kirproject.com

Tag:           AK47

Work of Visual Art:  Fighting Tree



Copyright Status:  Pending

Biography:

Rodrigo Henter de Rezende, who is known professionally as AK47, was born in Brazil and did not become interested in aerosol art until 2000. He developed his own style of tagging, bombing, pieces with mixed techniques, stickers and stencils.

Soon AK47 got involved in many big projects with the most important Brazilian paint brands (as Suvinil, Worx and Colorgin) while exhibiting in galleries worldwide.  He is one of the producers of Meeting of Favela, the biggest graffiti event of Latin America and has been invited to the biggest international graffiti meetings in Brazil (Recifusion and Brasília Hall of Fame Brazil). AK47 has painted all over the world, including at the NYC Graffiti Hall of Fame, at 5Pointz, and more

AK47 has done live painting events for brands like Smirnoff Vodka and Compactor Markers, has produced workshops for the Japanese marker brand UNI POSCA.

In 2013, AK47 sold all work in Brazil to start his biggest project, the Keep It Real Project. Nowadays he travels the globe with his wife, looking for connections and inspiration to enrich his artwork.

## Exhibit H

Artist:     Danielle Mastrion

Address:    Brooklyn, New York

Website:    www.daniellemastrion.com

Work of Visual Art:  Kool Herc Portrait



Copyright Status:  Pending

Biography:

Danielle Mastrion is an NYC-based Artist and "Jill-of-all-trades" - a painter, muralist, graphic designer & sometimes photographer. Born & raised in Brooklyn, New York, Mastrion gained a B.F.A in Illustration at Parsons School of Design. Her specialty is portraiture, and she works regularly on public and private commissions.

Though she's been painting her entire life, four years ago Mastrion began painting live at events & venues around NYC. She gained recognition for her quick live painting skills weekly at  "Collage Party" every Tuesday night in SoHo. In 2011 Mastrion was the NYC winner of The Art Battle's "Battle For Poland" on January 27th, and travelled to Warsaw, Poland to represent the US & paint live. While there, she travelled to Berlin, Germany and was allowed to paint a mural next to the Berlin Wall's East Side Gallery. In September, Mastrion travelled again with The Art Battles to Paris, France to compete in the Art Battles 2012 Finale and competed in a week's worth of live painting exhibitions with fellow American & European artists.

Mastrion's mural credits include participating twice in the Center-Fuge Public Art project (Cycle 3 and Cycle 6) including a 12 foot tribute mural to the Beastie Boys on East 1st Street & 1st Avenue. The mural was featured on RollingStone.com & in Time Out NY's Street Art Issue. Mastrion painted a 15 foot tribute mural of the late MCA of the Beastie Boys at the historic 5POINTZ Aerosol Arts Center & Graffiti Museum which was up for a year; She has two murals at The Bushwick Collective in Brooklyn including a 20' Notorious BIG tribute. In May 2013 Mastrion was selected to travel to Bristol, England to paint two walls at UPFEST: The Urban Painting Festival with 350 other artists from around the world with Lexi Bella. She also painted at Miami Art Basel 2012 where she completed three walls in two days; and recently painted an Earth Day mural in Washington DC. Her other mural projects include walls at The Paper Box Brooklyn, Graffiti Universe in The Bronx, The Chelsea Houses NYC, The Artist Process Documentaries Part 1 & 2 (also at 5POINTZ); and walls in Paris & Berlin.

From March 7th - April 7th 2013, Mastrion had her first NYC solo show at ReBar NYC (147 Front Street) in the Dumbo neighborhood of Brooklyn which included 12 new large-scale works. She was included in The Fountain Art Fair's 'Street Art Hanging Installation. at The Armory; she was one of twenty artists selected to paint a 20' aerosol canvas hung from the ceiling at Fountain Art Fair sponsored by Mighty Tanaka Gallery. She will be painting a wall at this year's North Side Festival in WIlliamsburg, Brooklyn on June 15th, and was a part of the Bay Ridge Storefront Art Walk 2013. Her 2013 installations include painting a wall live at the Gansevoort Hotel;  painting live at the Bronx Museum of Art to kick off Women's History Month, The "Doors" project for Mama's Hip Hop Kitchen; "Danger to the Darkness" Exhibition against sex-trafficking at the Heath Gallery NYC; and The Ladies First exhibition at The Poets Den Gallery. Mastrion worked for a period as the t-shirt designer for Married To The Mob NYC & as Art Director for the award winning short film "Dame Factory" directed by Melanie Abramov.

Mastrion currently lives and works in Brooklyn, New York, & is looking to continue painting walls in every city she visits.

## Exhibit I

Artist:        William Tramontozzi, Jr.

Address:      College Point, New York

Website:     www.djjs1.com

Work of Visual Art:  Jimi Hendrix Tribute

Joint Work With Rocco



Biography:

William Tramontozzi, Jr. is a hip-hop turntable artist and graffiti artist whose professional name is DJ JS-1.

Born and raised in Queens, NY, the 30-year-old beat maker has been spinning since the golden era of hip-hop in the late 80's. Throughout the years of touring, JS has also performed and appeared on countless foreign television shows in Germany, Italy, Japan, UK, The Netherlands, and more. In 2007 JS-1 was approached with another major opportunity to be on live TV. He was the first ever DJ to perform and be interviewed on the "REGIS & KELLY" morning show to millions of live viewers.

Along with his Rock Steady membership, and long list of touring and recording credits, DJ JS-1 is also a major figure in the graffiti scene. JS has been doing graff since the late 80's and is one of the best graff artists to ever come from Queens, NY. He has done hundreds of pieces at every hall of fame, and even in other countries like Australia, Italy, and Holland. JS-1 has been in several graff magazines, including a recent 4-page layout in Elemental Magazine, featuring over 50 of his master-pieces. Some of his

newer graff was the main feature in the recently released hit video "Peanutbutter N Jelly" now in heavy rotation on all major video shows.

# Exhibit J

Artist:        Thomas Lucero

Address:     Valley Stream, New York

Work of Visual Art:  Black Creature



Copyright Status:  Pending

Biography:

Thomas Lucero is an American artist from Southern California who now resides and practices in New York. He began drawing soon after realizing he was right handed, and has been drawing and painting ever since.

Over the past 30+ years, he has remained intent on honing his craft, referencing any and all types of art that caught his interest.  Championing a "highly stylized" skill set of media and technical proficiency, Lucero draws his inspiration from such disparate sources as Chicano tattoo art, cartoons (foreign and domestic), skateboard graphics, hip-hop culture and high Renaissance drawings. From Michelangelo and Peter Paul Rubens to Mear One, Mode2, Todd McFarlane and Boris Vallejo, totem poles, weaponry, robotics, and the Treehouse Master.  With each piece, Lucero aspires to achieve the supple mastery of the excellence that is called creation.

Although entirely self-taught, Lucero has worked diligently over the years to refine his skills and master in every form of artistic expression that he chooses to tackle. Through concentrated practice and keen observation, he has been able to apply the techniques he has learned to each of his imaginative creations. While best known for his graffiti-inspired illustrations and murals, his work has inevitably spread to the gallery circuit where it captured the attention of various companies, galleries and collectors.

**Shows/Events**

2012 The Pop-Off, Studio J, Queens, NY, Group Show

2012 Krink vs. Monster Kolor, Kidrobot, Soho, Ny

2011 "I'm Just Saying", Alchemist Lounge, Brooklyn, NY, Group Show/ Poetry Slam

2011 PBR Art Battles, Kulturez Harvard Sq, Cambridge, MA, Solo Show

2010 Salad 2.0, Lot F Gallery, Boston, MA, Group Show

2010 Meeting of Styles, 5Pointz, NY

2010 Rock the Bells, L.A., CA, Scion live painting

2010 Concrete Jungle, Boston, MA, Group Show

2010 Piece, Lot F Gallery, Boston, MA, Group Show

2010 Old Crow Tattoo & Gallery, Oakland, CA, Solo Show

2010 Bic Custom Buddy, Crewest Gallery , L.A., NY, Group Show

2010 Scion Event, Bakersfield, CA, Live Painting

2009 Heavy Hitterz 3, ArtWhino Gallery, Maryland

2009 Sharpie Show, Crewest Gallery, L.A., CA, Group Show

2009 Friends of Friends, Culture Skate, S.F., CA, Group Show

2009 Juried Student Show, Bakersfield College

2009 Scion Event, Bakersfield, CA, Live Painting

2009 Breaking Ground, Bakersfield, CA, Group Show

2008 Venice Beach, CA, Group Show

2008 A Day For Diar, Fresno CA

2008 Write and Revolt, Crewest Gallery, L.A., CA, Group Show

2008 Top of the Dome 4, Crewest Gallery, L.A., CA, Group Show

2008 PAC Session, San Jose CA, Group Show

2008 Come In Piece, NY, NY, Group Show

2008 Canceptual, Crewest Gallery, L.A., CA, Group Show

2008 Street Art: In & Out, Deblois Gallery, Newport, RI, Group Show

2007 Lab Boston, Solo Show

2007 Future Classics, BCA, Boston, MA, Group Show

2007 Otherside Cafe, Boston, MA, Live Painting

2007 SnekAtak 2, Cambridge, MA, Custom Shoe Group Show

2006 Paradise Lounge, Boston, MA, Live Painting

2006 Adidas Store, Harvard, Cambridge, MA, Live Painting

2006 Unrefined Hunger, BCA, Boston, MA, Group Show/Live Painting

2006 B-Boy Olympics 4, Artists For Humanity, Boston, MA

2005 SnekAtak, Cambridge, MA, Custom Shoe Group Show

**Representative Client List**
High Times
Scion
Mtv
Ughh.com
Slash of Guns n Roses
Raekwon of Wu Tang Clan
Zella Lane
On The Border Mexican Restaurant
Needlz
Honors English
Bekay
Audible Mainframe
U.N.I.
Conart Streetwear
Anti Designs
Aplus Media
Wealthy Pictures
Kern Arts Council, Kern County, Ca
All City Champions, Boston, Ma
Artist & Craftsman Supply
Proper Realty, Boston, Ma
Adidas, Cambridge, Ma
DD172 a.k.a. The Dojo, Tribeca, Ny
5 Star Amusements, Brooklyn, Ny
Camara Penal, Bronx, Ny
Proletariat, Cambridge, Ma
Kulturez, Harvard Square, Ma
True East Skate Shop, Boston, Ma
Culture Skate, San Francisco, Ca
Big City Skate, Bakersfield, Ca
Central Kitchen, Cambridge, Ma
Donotresist.com, Los Angeles, Ca
Auto Color, Bakersfield, Ca
Happy Hawgs, Bakersfield, Ca
Aces & Eights Detail Shop, Bakersfield, Ca
Majestic Tattoo/Pipe Shop, Bakersfield, Ca
Sandman Tattoo, Bakersfield, Ca
Old Crow Tattoo & Gallery, Oakland, Ca

The Basement Gallery, Bakersfield, Ca
Girlfriends Clothing Store, Bakersfield, Ca
Bomb The System Graff Shop, Bakersfield, Ca
Fatal Impact Streetwear, Rosedale, Ca
Ivy's Frozen Yogurt, Rosedale, Ca

## Exhibit K

Artist:       Akiko Miyakami

Address:      Long Island City, New York

Website:      www.bj46.com

Work of Visual Art:  Japanese Irish Girl



Copyright Status:  Pending

Work of Visual Art:  Manga Koi



Copyright Status:  Pending

Work of Visual Art:  Underwater Fantasy

Joint Work with Jonathan Cohen

Copyright Status:  Pending



Work of Visual Art:  Japanese Fantasy

Joint Work with Carlos Game

Copyright Status:  Pending



Biography:

Shiro (Shoko Mikami) began painting in 1998 in Shizuoka, Japan and has been expressing her own vision of the world and for life through her original characters ever since.  As an international artist and member of Zulu Nation, she continues to be inspired by the strength and creativity of old-school hip-hop.

In Japan, Shiro has worked with many people in the hip-hop industry, organizing graffiti shows and participating in painting events.  She has participated in community awareness murals, large-scale graffiti projects, art gallery shows, and graffiti crew gatherings in United States, Europe, and Japan.  Shiro also works with canvases, illustrations, graphics design, and has produced her original clothing brand "BJ46".

Shiro is a featured artist in museums, Art Basel and with the National Basketball Association's "Art of Basketball (Next Wave)" during Art Basel Miami 2010.

In addition to her successful artistic career, Shiro works as a nurse caring for terminally ill and comatose patients.  The insights Shiro has received from her nursing work have greatly impacted her perspective of life and are clearly represented in her artwork:

"Love life and live it to the max! We exist RIGHT NOW, RIGHT HERE!"

Case 1:13-cv-05612-FB-RLM    Document 1    Filed 10/10/13    Page 159 of 178 PageID #: 159

## Exhibit L

Artist:    Christian Cortes

Address:    Flushing, New York

Website:    www.cortescreates.com

Work of Visual Art:  Skulls Cluster



Copyright Status:  Pending

Biography:

    Christian Cortes is a Visual Artist working in New York City, who works primarily as a freelance illustrator and a painter within the music and fashion industries. His commercial work is a mixture of hand drawn and computer illustrated techniques.

Although Cortes' work can seem very clean and polished, he likes to keep a sense of the hand done techniques still present within his pieces. His gallery painting style developed out of his graffiti background.

Recently, Cortes has been exploring combinations of graffiti typography with surrealism, abstraction, South American iconography and New York culture.

## Exhibit M

Artist: Dustin Spagnola

Address: Asheville, North Carolina

Website: www.dustinspagnola.com

Work of Visual Art: Tiger



Copyright Status: Pending

Biography:

    With an art degree from Warren Wilson College and a reverence for aesthetics, Dustin Spagnola once found inspiration in places most people never notice. His earliest works, re-creating the decay of old buildings, were heavily textured with plaster, acrylic and spray paints, and peppered with street art. The depictions of crumbling urban walls were displayed in galleries among high art. Though according to Spagnola, they "weren't saying anything new."

    Since then, Spagnola's work has shifted from abstract expressionism to representational art with a new message that both popularizes and memorializes some of America's marginalized heroes.

    The change came when a friend challenged him to showcase humanity's positive truths, he turned to an image that was at the forefront of almost every American's mind in early 2008. Titled Patriot & Terrorist, two towering boards showed Barack Obama set against a mottled gray-white background. The piece sold quickly.

Today, a large painting of the Nigerian-born Afrobeat musician Fela Kuti hangs in Spagnola's studio. It's one in a body of paintings that portrays the most popularized images of black heroes; individuals whose influences on history are monumental: Martin Luther King Jr., Sojourner Truth, Malcolm X, John Coltrane, and the list goes on.

At first glance, these immediately recognizable images may come across as pop art. Even his method of digitally altering images found on the Internet, and wheat pasting (an adhesive often used by graffiti artists) them onto his textured backgrounds may seem lowbrow. But Spagnola extensively researches his subjects, and his paintings are intentional and powerful.

"I see a loss of important things," he says. "The greatest disservice is to not think of everything that has come before us." Spagnola's paintings are both an homage to these icons and a study in human virtues. And his newest pieces, larger-than-life images of the Sioux Native American Crazy Horse, push forward in that effort to popularize those who represent greater truths.

**Selected Group Exhibitions**
Art Whino, Washington DC, 2009
GenArt, Art Basel Miami Beach 2008
Satellite Gallery Asheville, NC 2008
The Upstairs Artspace Tryon, NC 2007
ABC NO RIO New York, NY 2006
The Front Gallery (Juried) Asheville, NC 2005
The Push Gallery Asheville, NC 2005
The Wedge Asheville, NC 2004
Asheville Community Resource Center 2003
Ormond Art Museum Ormond Beach, FL 2000

**Selected One Person Exhibitions**
Satellite Gallery Asheville, NC 2009
Pile Cafe Osaka, Japan 2007
The Pump Gallery Asheville, NC 2006
The Bobo Gallery Asheville, NC 2006
The Wedge Gallery Asheville, NC 2004
The Big Idea Asheville, NC 2002
Daytona State College Daytona, FL 1999

## Exhibit N

Artist: Alice Mizrachi

Address: Astoria, New York

Website: www.am-files.com

Work of Visual Art: Cube Girl



Copyright Status: Pending

Biography:

 Alice Mizrachi is a painter and teaching artist in New York. Through painting, murals, printmaking and installations, Mizrachi creates figurative work that depicts characters whose relationships and emotions reflect her perspective of the social environment. Mizrachi seeks to spread empathy and compassion through site-specific projects that are positive visual responses to social issues that affect neighboring residents.

 In her roles as artist and teacher, Mizrachi explores art as a path for communities and individuals to heal through creative expression. She works to empower and inspire women and girls by elevating females to sacred archetypes in her art. And as a teaching artist, Mizrachi extends her personal commitment to art as a tool for healing through hands-on creative projects that help others express their ideas about topics such as environmentalism, identity and community.

 Mizrachi co-founded YOUNITY in 2006, a women's art collective that has provided a professional platform for hundreds of women in the arts

through exhibitions, panel discussions, mural productions, and youth workshops.

Mizrachi occasionally lectures at universities and participates in discussions on arts and activism topics; she also writes curriculum and leads staff-development workshops for arts programming. She has received numerous grants and has an ongoing studio residency in Manhattan.

Mizrachi's artwork has been exhibited at Washington DC's Museum of Contemporary Art and The National Women's Museum. She is represented by Mighty Tanaka Gallery in New York and Bazel Gallery in Tel Aviv, and her work has also been shown in galleries around the world including Colette, Causey Contemporary, Fifty 24LA and Intermedia Arts. Publications which have featured Mizrachi and her artwork include The New York Daily News, Time Out NY, New York Magazine, Huffington Post, Marie Claire, Juxtapoz, Haaretz, and Street Art NYC, among others. She is a 1999 graduate of Parsons The New School for Design in New York City.

Mizrachi's upcoming projects include:

Chashama Harlem Arts Fest Mural- October 2013
12th street Mural Project- October 2013
Hi-ARTS Black Book Master Class- October 2013
Hi-ARTS Our Block Class- October 2013
Bric Arts Education Program- October 2013
SONYA student public mural project- October 2013

Exhibit O

## Exhibit O

Artist:        Carlos Game aka SeeTF

Address:     Rockaway Beach, New York

Web Site:   www.seetf.com

Work of Visual Art:  Japanese Fantasy

Joint Work With Shiro



Copyright Status:  Pending

Work of Visual Art:  Black and White Fantasy



Copyright Status:  Pending

Biography:

Carlos "SeeTF" Game is a New York City-based aerosol artist.  He grew up in the East New York section of Brooklyn and has been painting since 1983.

Game's aerosol art career began when local graffiti writers in Cypress Hills got together and starte a crew called CBK (Cities Baddest Kings). Most members attended Franklin K Lane High School. After graduation, Game joined the Marine Corps, where he served eight years. During his enlistment, Game taught himself to paint with acrylics and oil paints. He finds inspiration from fellow artists Patrick Nagel, Olivia, Soroyama, Dennis Mukai, Alberto Vargas and Degas.

While in the Marine Corps., Game was stationed around the world among different cultures and ethnic groups. During his travels he would go to the local villages, museums, and bookstores and learn different painting methods and techniques.

Game observed "Some of the locals in Okinawa, Japan had the softest skin, big almond-shaped eyes, amazing pink lips and jet black long hair. They wore little, to no makeup. It was such natural beauty."

While stationed in Saudi Arabia, Game saw a different side of beauty. "Saudi women are not allowed to show their faces, you don't see anything but their eyes. Saudi women wear thick eyeliner, mascara and smoky eye makeup. Very exotic, I swear they [their eyes] almost speak to you." It was something he never forgot. Years later, he would apply those eyes, lips and perfect skin to all of his paintings.

Game was honorably discharged in 1996, and immediately started a family and graduated from Queens College.

Years later, Game came across his old graffiti friends, STRES TF and SWING TF. After catching up and swapping reminiscences, they invited him to go paint.

Carlos picked up the paint and returned to his street art roots as an adult. But times have changed and the risks from illegal tagging were much, much greater. Game therefore decided to dedicate himself solely to doing legal murals, and he continues to focus almost exclusively on painting beautiful women.

Today Game is a proud father and grandfather and he paints women, his true passion. He has shown his works of visual art at Trump Tower and

delivered a portrait of Ivanka Trump.  Game is highly collected by private buyers.

Exhibit B

## Exhibit P

Artist:        James Rocco

Address:     Rego Park, New York

Web Site:    www.lordroc.com

Work of Visual Art:  Jimi Hendrix Tribute

Joint Work With Tramontozzi



Copyright Status:  Pending

Work of Visual Art:  Bull Face

Copyright Status:  Pending



Biography:

Lordroc (Music artist name) / Topaz (graffiti artist name) is a hip-hop artist with many years in the industry as a recording artist, a visual artist (illustration and graphic design) and a video producer. He has mastered skills in a variety of media from visual arts to audio and video production.

As an artist, Rocco balances many facets of art including graphic design, video production, aerosol art, paint, drawing, and of course hip-hop. "Art and music go hand in hand" says Rocco.

At times over the years, Rocco found himself almost discouraged as many of his legal murals were painted over in years prior to the creation of 5 Pointz, a place where art is guaranteed to remain protected.

In 1991 things changed for the lives of both Rocco and Meres One as MAGIC (More American Graffiti In Control) brought them together. In this program, the two men found a common ground as supporting the aerosol art movement and helping to protect aerosol artists by providing young people with tools and safe havens where they can freely express themselves. Much like what 5 Pointz is today.  As a graffiti artist, Rocco has done murals for Sony records and MTV, and has witnessed first-hand the power of art, and how far the aerosol culture has come since his youth.

When talking about 5 Pointz, Rocco mentioned that "seeing this place grow changed my outlook and direction in life; this place has helped me realize that I can put my art in the forefront."

As an artist Rocco has had to balance many facets of art including graphic design, video production, aerosol art, paint, drawing, and of course hip-hop. "Art and music go hand in hand" says Rocco.

At times he found himself almost discouraged as many of his legal murals were painted over in years prior to the development of 5 Pointz: a place where Rocco knew his works of visual art would be safe. In 1991 things changed for the lives of both Rocco and Meres as MAGIC brought them together. The two artists found a common ground as members of this program where they met. The program was designed to help protect aerosol artists by providing young people with tools and safe havens where they can freely express themselves – in other words, what 5 Pointz has become today.

As a graffiti artist, Rocco has done murals for Sony records and MTV Made, and has witnessed the power of art, and how far the aerosol culture has come. When talking about 5 Pointz, Rocco mentioned that "seeing this place grow changed my outlook and direction in life; this place has helped me realize that I can put my art in the forefront."

## Exhibit Q

Artist:       Steven Lew aka Kidlew

Address:      Little Neck, New York

Work of Visual Art:  Crazy Monsters



Biography:

Steve Lew aka KidLew born and raised in Queens.

Lew received his first Bachelor of Fine Arts from New York's Fashion Institute of Technology in Toy Design, and went on to receive a second Bachelor of Fine Arts from Rochester Institute of Technology in Photography.

Lew is now a professional Graphics and Product Designer with experience designing and developing concepts for mass-market consumers. He specializes in Halloween and kid's room décor for private label, and licensed merchandise. Lew is skilled in various elements of product development, including blue-sky development, package design and factory manufacturing.  He is also the creative Director of Made in Chorea where he works with clients to help create new graphic and product solutions for licensed and private label branding.

His work can be found in galleries and exhibitions, such as Sacred Gallery Map Show, Street Art Live and, of course, 5Poinz,

## Exhibit R

Artist:        Francisco Fernandez

Address:      New Windsor, New York

Work of Visual Art:  Dream of Oil

Biography:

Dasic Fernández cannot remember precisely how or when he became an artist. Fascinated by Chile's burgeoning hip-hop culture of the 1990s, he searched for a way to engage with it in public spaces. By the age of 14, he had found his answer in graffiti art. Today, at 24, the Santiago-born artist is a muralist of rising fame whose works dot urban landscapes across the Americas.

Fernández, who speaks with the cadences and dropped consonants of his native Chile, grew up in the small, rural town of Rancagua. He began painting simply by graffiti-tagging buildings with the stylized letters of his name. At the University of Chile in Santiago, where he studied architecture, he explored the impact of art on urban spaces while experimenting with content, themes and style for his own art. "I became more in love with painting on the street than with being in class," he recalls. In his fourth year he left university to experience art in other parts of the world, including Rio de Janeiro, Buenos Aires, Montevideo, and eventually New York, where he moved in December 2009.

Fernández' shift toward muralism that began during his student days intensified during his travels.  Although he maintains that "everything I paint and everything I know how to do in art is rooted in graffiti," he also cites nineteenth and twentieth century artists like Vincent Van Gogh, Wassily Kandinsky and Roberto Matta as his idols. Fernández prefers the medium of street art because it contains the "essential" quality of providing a space in which to connect with the public directly. Once, after a Chilean TV station

distorted his remarks in an interview, he painted a graffito of a person with a lock on his mouth near his apartment in the heart of Santiago. The painting became a powerful and well-known protest of censorship, which Fernández never anticipated. "You never know what the consequence of your art may be," he says. "Painting on the street carries great responsibility—both artistic and social."

Fernández has brought that sense of responsibility to his work in the United States. A member of the New York-based Rebel Díaz Arts Collective—whom he affectionately calls his "family from the Bronx"—he helped paint a rooftop mural earlier this year to protest Arizona's controversial anti-immigration law. Seventy feet long, the mural is dominated by giant yellow block letters that spell out the statement "No human being is illegal." Interspersed among the letters are silhouetted human figures of all shapes and sizes, including a pregnant woman, a dancing child and an old man walking with a cane. "Our intent with the design was to restore humanity and respect" to the individual immigrant, explains Fernández.

His largest project, three years in the making, is a documentary film called Pan-American Graffiti and explores how art transcends borders. Fernández will travel for 100 days at the end of this year from New York to Santiago, painting 13 large-scale murals along the way. His goal is to document street art and build a pan-American art gallery and network. "It is a project for the long term," he acknowledges, "but I believe I am laying the foundations for a community as I journey through this marvelous continent [which is] full of talent yet short on resources."

*Americas Quarterly*
Published by the Americas Society
and Council of the Americas