UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JONATHAN COHEN, SANDRA FABARA,
STEPHEN EBERT, LUIS LAMBOY, ESTEBAN
DEL VALLE, RODRIGO HENTER DE
REZENDE, DANIELLE MASTRION,
WILLIAM TRAMONTOZZI, JR., THOMAS
LUCERO, AKIKO MIYAKAMI, CHRISTIAN
CORTES, DUSTIN SPAGNOLA, ALICE
MIZRACHI, CARLOS GAME, JAMES
ROCCO, STEVEN LEW, and FRANCISCO
FERNANDEZ,

               Plaintiffs,

  -against-

G&M REALTY L.P., 22-50 JACKSON
AVENUE OWNERS, L.P., 22-52 JACKSON
AVENUE, LLC, ACD CITIVIEW BUILDINGS,
LLC, and GERALD WOLKOFF,

               Defendants.

---------------------------------------------------------------x

**ORDER**
Case No. 13-CV-5612 (FB) (JMA)

*Appearances:*
*For the Plaintiffs*:
JEANNINE LEIGH WIDMER CHANES, ESQ.
Law Offices of Jeannine Chanes
27 Whitehall Street, 4th Floor
New York, NY 10004

*For the Defendants*:
DAVID EBERT, ESQ.
MIOKO TAJIKA, ESQ.
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
250 Park Avenue, 6th Floor
New York, NY 10177

**BLOCK, Senior District Judge:**

        Plaintiffs' motion for a preliminary injunction is denied. The temporary

restraining order issued on October 17, 2013, and extended on October 28, 2013, is dissolved. A written opinion will soon be issued.

**SO ORDERED.**

    /S/ Frederic Block  
FREDERIC BLOCK  
Senior United States District Judge

November 12, 2013  
Brooklyn, New York