MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty.

Before: Barrington D. Parker,
Reena Raggi,
Raymond J. Lohier, Jr.,
*Circuit Judges.*

---

Maria Castillo, James Cochran, Luis Gomez, Bienbenido Guerra, Richard Miller, Carlo Nieva, Kenji Takabayashi, Nicholai Khan,

    Plaintiffs - Appellees,

Jonathan Cohen, Sandra Fabara, Luis Lamboy, Esteban Del Valle, Rodrigo Henter De Rezende, William Tramontozzi, Jr., Thomas Lucero, Akiko Miyakami, Christian Cortes, Carlos Game, James Rocco, Steven Lew, Francisco Fernandez,

    Plaintiffs - Counter - Defendants - Appellees,

Kai Niederhausen, Rodney Rodriguez,

    Plaintiffs,

v.

G&M Realty L.P., 22-50 Jackson Avenue Owners, L.P., 22-52 Jackson Avenue LLC, ACD Citiview Buildings, LLC, Gerald Wolkoff,

    Defendants – Appellants.

**AMENDED JUDGMENT**

Docket Nos. 18-498(L), 18-538(Con)

---

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/05/2020