UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN COHEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>G&M REALTY L.P., et al.,<br><br>Defendants. | Case No. 1:13-cv-05612-FB-RLM |
| MARIA CASTILLO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>G&M REALTY L.P., et al.,<br><br>Defendants. | Case No. 1:15-cv-03230-FB-RLM |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 15th day of February, 2018, in favor of the Plaintiffs[1] and against the Defendants, jointly and severally, in the amount of $6,750,000.00 plus interest from February 15, 2018 through December 4, 2020 in the amount

---

[1] The February 15, 2018 judgment (ECF No. 173 in the *Cohen* Action and ECF No. 70 in the *Castillo* action) awarded the following Plaintiffs the following sums: Jonathan Cohen ($1,325,000.00), Sandra Fabara ($150,000.00), Luis Lamboy ($800,000.00), Esteban Del Valle ($150,000.00), Rodrigo Henter de Rezende ($150,000.00), Thomas Lucero ($200,000.00), Akiko Miyakami ($375,000.00), Christian Cortes ($600,000.00), Carlos Game ($825,000.00), James Rocco ($525,000.00), Steven Lew ($150,000.00), Francisco Fernandez ($150,000.00), Nicholai Khan ($300,000.00), James Cochran ($150,000.00), Luis Gomez ($150,000.00), Richard Miller ($300,000.00), Kenji Takabayashi ($150,000.00), Maria Castillo ($75,000.00), William Tramontozzi ($75,000.00), Carlo Nieva ($75,000.00), Bienbenido Guerra ($75,000.00).

of $357,558.96, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED:   New York, New York
         December 4, 2020

Respectfully Submitted,

_____/s/ Eric Baum_____
Eric Baum, Esq.
**EISENBERG & BAUM LLP**
24 Union Square East, 4th Floor
New York, New York 10003
(212) 353-8700
ebaum@eandblaw.com

*Attorney for the Plaintiffs*

**SO ORDERED**

_____
**HON. FREDERIC BLOCK (U.S.D.J.)**

Date: